B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Western District of North Carolina** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Barrier Geotechnical Contractors, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**59-1972390** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**4214 Statesville Rd.**<br>**Charlotte, NC**          ZIP Code **28269** | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Mecklenburg** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Barrier Geotechnical Contractors, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐  Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
   Signature of Attorney for Debtor(s)                (Date)

</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■      Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐      There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐      Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐      Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐      Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐      Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐      Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Barrier Geotechnical Contractors, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Bryan W. Stone**
Signature of Attorney for Debtor(s)

**Bryan W. Stone 32943**
Printed Name of Attorney for Debtor(s)

**Stone & Witt, P.A.**
Firm Name

**301 S. McDowell St., Suite 1000**
**Charlotte, NC 28204**

_____
Address

                    **Email: bstone@swlawnc.com**
**(704) 333-5184  Fax: (704) 333-5185**
Telephone Number

**November  8, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ George D. Barrier**
Signature of Authorized Individual

**George D. Barrier**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**November  8, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Barrier Geotechnical Contractors, Inc.** 

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Accounting Principals** P.O. Box 1023540 Atlanta, GA 30368-3540 | **Accounting Principals** P.O. Box 1023540 Atlanta, GA 30368-3540 | **Accounting Services/Civil Judgment** 09-CVD-25338 |  | 24,060.10 |
| **Bank of America/Business Card** P.O. Box 15710 Wilmington, DE 19886-5710 | **Bank of America/Business Card** P.O. Box 15710 Wilmington, DE 19886-5710 | **Credit Card Balance** |  | 18,024.95 |
| **Employment Security Commission** P.O. Box 25903☐ Raleigh, NC 27611-5903 | **Employment Security Commission** P.O. Box 25903☐ Raleigh, NC 27611-5903 | **Civil Judgments** 08-CVM-19176, 10-CVM-471, 10-CVM-618, 10-CVM-9439, 10-CVM-9821, 10-CVM-9825, 10-CVM-9826,10-C VM-15537 |  | 77,457.61 |
| **F. Craig Wilkerson** 242 Oakland Ave. Rock Hill, SC 29730 | **F. Craig Wilkerson** 242 Oakland Ave. Rock Hill, SC 29730 | **Legal Fees** |  | 20,046.42 |
| **First Trust Bank** Attn: Loan Dept. P.O. Box 35529 Charlotte, NC 28235-5529 | **First Trust Bank** Attn: Loan Dept. P.O. Box 35529 Charlotte, NC 28235-5529 | **Includes Accounts Receivable, Office Equipment, and all Machinery and Field Equipment** |  | 170,000.00 (0.00 secured) |
| **George D. Barrier** 3901 Davis Lane Charlotte, NC 28269 | **George D. Barrier** 3901 Davis Lane Charlotte, NC 28269 | **Employee Wages** |  | 202,785.66 |
| **H&E Equipment Services, Inc.** 10710 Nations Ford Road☐ Charlotte, NC 28273 | **H&E Equipment Services, Inc.** 10710 Nations Ford Road☐ Charlotte, NC 28273 | **Civil Judgment** 09-CVD-14739, 10-CVD-1877 |  | 24,829.45 |
| **Hertz Equipment Rental** P.O. Box 650280 Dallas, TX 75265-0280 | **Hertz Equipment Rental** P.O. Box 650280 Dallas, TX 75265-0280 | **Supplies** |  | 21,825.62 |

B4 (Official Form 4) (12/07) - Cont.

In re __**Barrier Geotechnical Contractors, Inc.**_____          Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Internal Revenue Service<br>10715 David Taylor Dr.<br>Charlotte, NC 28262 | Internal Revenue Service<br>10715 David Taylor Dr.<br>Charlotte, NC 28262 | Federal Taxes for periods of:<br><br>09/2009<br>12/2009<br>03/2010<br>06/2010 | | 662,265.41 |
| J. Reid Bailey<br>247 Wood Duck Loop<br>Mooresville, NC 28117 | J. Reid Bailey<br>247 Wood Duck Loop<br>Mooresville, NC 28117 | Employee Wages | | 183,934.88 |
| Lyon Financial Services, Inc.<br>1310 Madrid Street, Suite 100<br>Marshall, MN 56258 | Lyon Financial Services, Inc.<br>1310 Madrid Street, Suite 100<br>Marshall, MN 56258 | Drill Rig | | 227,250.00<br><br>(0.00 secured) |
| Mecklenburg County Tax Collector<br>PO Box 71063<br>Charlotte, NC 28272 | Mecklenburg County Tax Collector<br>PO Box 71063<br>Charlotte, NC 28272 | Business Taxes | | 19,780.26 |
| Nationwide Funding<br>8105 Irvine Center Dr.<br>Suite 250<br>Irvine, CA 92618 | Nationwide Funding<br>8105 Irvine Center Dr.<br>Suite 250<br>Irvine, CA 92618 | High Shear Grout Pump | | 25,084.82<br><br>(4,000.00 secured) |
| NC Dept. of Revenue<br>Central Collection Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | NC Dept. of Revenue<br>Central Collection Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | State Taxes | | 67,182.05 |
| Patricia Lopez<br>255 Grasshopper Circle<br>Mooresville, NC 28117 | Patricia Lopez<br>255 Grasshopper Circle<br>Mooresville, NC 28117 | Civil Judgment<br><br>09-CVS-1037 | Disputed | 89,755.52 |
| Smith, Parsons, & Vickstrom PLLC<br>6060 JA Jones Dr., Suite 150<br>Charlotte, NC 28287 | Smith, Parsons, & Vickstrom PLLC<br>6060 JA Jones Dr., Suite 150<br>Charlotte, NC 28287 | Legal Fees | | 23,482.02 |
| Star Iron Works<br>257 Caroline Street<br>Punxsutawney, PA 15767 | Star Iron Works<br>257 Caroline Street<br>Punxsutawney, PA 15767 | Supplies | | 39,740.89 |
| Stewart S. Laney<br>5035 Stowe Derby Dr.<br>Charlotte, NC 28278 | Stewart S. Laney<br>5035 Stowe Derby Dr.<br>Charlotte, NC 28278 | Employee Wages | Disputed | 155,572.29 |
| The Hartford Insurance Company<br>P.O. Box 2907<br>Hartford, CT 06104-2907 | The Hartford Insurance Company<br>P.O. Box 2907<br>Hartford, CT 06104-2907 | Business Insurance | | 26,888.00 |
| WSOC-TV<br>P.O. Box 63171<br>Charlotte, NC 28263-3171 | WSOC-TV<br>P.O. Box 63171<br>Charlotte, NC 28263-3171 | Advertising/Civil Judgment<br><br>10-CVD-14733 | | 28,950.60 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Barrier Geotechnical Contractors, Inc.**                                    Case No. _____
                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date    **November  8, 2010**                          Signature    **/s/ George D. Barrier**
                                                                    **George D. Barrier**
                                                                    **CEO**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Western District of North Carolina

In re     **Barrier Geotechnical Contractors, Inc.** _____ ,          Case No. _____

                                                Debtor

                                                                Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 12 | 2,477,262.38 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 8 | | 690,366.13 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 843,958.52 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 36 | | 1,394,261.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 65 | | | |
| | | Total Assets | 2,477,262.38 | | |
| | | Total Liabilities | | 2,928,586.59 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Western District of North Carolina

In re    **Barrier Geotechnical Contractors, Inc.**                              ,     Case No. _____

Debtor

Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Barrier Geotechnical Contractors, Inc.**                                        ,    Case No. _____
                                                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Barrier Geotechnical Contractors, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking Account** | - | 11,460.41 |
| | | **SunTrust Operating Account** | - | 60.19 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **11,520.60**
(Total of this page)

__4__    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Barrier Geotechnical Contractors, Inc.** _____,   Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable (See attachment to Schedule B)** | - | 1,062,470.39 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Miscellaneous Claims for turnover and/or accounts receivable owed debtor** | - | 1,062,470.39 |

Sub-Total >   2,124,940.78
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Barrier Geotechnical Contractors, Inc.**                                Case No. _____
                                                    ,
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Potential attorney malpractice claim from State Court litigation, Mecklenburg County** | - | **Unknown** |
| | | **Potential claim for embezzlement by debtor against former employee** | - | **18,000.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Barrier "The Art of Engineering"** | - | **1.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Ford F550 (8754)** | - | **3,500.00** |
| | | **2005 Ford F550 (9463)** | - | **3,500.00** |
| | | **2004 Ford F250 (3854)** | - | **3,500.00** |
| | | **2004 Ford F250 (5721)** | - | **3,500.00** |
| | | **2004 Chevrolet Tahoe (3451)** | - | **3,500.00** |
| | | **2004 Ford F450 (9363)** | - | **3,500.00** |
| | | **2004 Ford F450 (9358)** | - | **3,500.00** |
| | | **2004 Ford F450 (7225)** | - | **3,500.00** |
| | | **2006 Chevrolet Pickup (1690)** | - | **3,500.00** |
| | | **2004 Chevrolet Pickup (4071)** | - | **3,500.00** |
| | | **2005 Ford F550 (2865)** | - | **3,500.00** |
| | | **2005 Ford F450 (9382)** | - | **3,500.00** |
| | | **2005 Chevrolet 2500 HD (9192)** | - | **3,500.00** |

Sub-Total >          **63,501.00**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Barrier Geotechnical Contractors, Inc.**                          ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2005 Chevrolet 2500 HD (6155)** | - | **3,500.00** |
| | | **2005 Chevrolet 2500 HD (6149)** | - | **3,500.00** |
| | | **2005 Chevrolet 2500 HD (0081)** | - | **3,500.00** |
| | | **2005 Chevrolet 2500 HD (2261)** | - | **3,500.00** |
| | | **2004 Chevrolet 3500 (3860)** | - | **3,500.00** |
| | | **2005 Chevrolet Suburban (4759)** | - | **3,500.00** |
| | | **2005 Chevrolet 2500 HD (8152)** | - | **3,500.00** |
| | | **2005 Chevrolet 4500 (9366)** | - | **3,500.00** |
| | | **2003 Chevy Silverado (9685)** | - | **3,500.00** |
| | | **2004 Carr UT 12' Trailer** | - | **2,000.00** |
| | | **2004 Roct Trailer** | - | **2,000.00** |
| | | **1990 Hurs Trailer** | - | **2,000.00** |
| | | **1990 Trail Trailer** | - | **2,000.00** |
| | | **2007 Victory Trailer** | - | **2,000.00** |
| | | **1993 Trail Trailer** | - | **2,000.00** |
| | | **2001 Hudson Trailer** | - | **2,000.00** |
| | | **2009 Homemade Trailer** | - | **2,000.00** |
| | | **Hudson Trailer** | - | **2,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment (Computers, Copiers, Fax Machines, File Cabinets, Desks, Chairs)** | - | **4,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **CAT 277 Track Loader (CNC1402)** | - | **8,000.00** |
| | | **Sullivan Paletak Air Compressor** | - | **5,000.00** |
| | | **CAT 303CR Excavator (DMA01538)** | - | **4,000.00** |

Sub-Total >        **70,500.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Barrier Geotechnical Contractors, Inc.**                                    Case No. _____
                                                        ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **CAT 277 Track Loader (CNC02965)** | - | **8,000.00** |
| | | **CAT 305CR Excavator (DGT00780)** | - | **8,000.00** |
| | | **280 ton jack, Hand Pump, Load Cell** | - | **5,000.00** |
| | | **Kubota Tractor and Attachments** | - | **5,000.00** |
| | | **Interoc Drill** | - | **60,000.00** |
| | | **Haney Grout Pump and Hote Drill Rig** | - | **8,500.00** |
| | | **EGT VD500 Drill and Interoc B1000 Head** | - | **45,000.00** |
| | | **High Shear Grout Pump** | - | **4,000.00** |
| | | **Field Equipment (Drills, Tools, Compressors, Pumps, Machinery)** | - | **63,300.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 206,800.00 |
| (Total of this page) | |
| Total > | 2,477,262.38 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

2:37 PM
08/30/10

## Barrier Geotechnical Contractors, Inc
### A/R Aging Summary
As of August 30, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 21st Mortgage | | | | | | |
| 2477 · Derry Residence | 0.00 | 0.00 | 0.00 | 0.00 | 112.50 | 112.50 |
| **Total 21st Mortgage** | 0.00 | 0.00 | 0.00 | 0.00 | 112.50 | 112.50 |
| AcreField Services Corporation | | | | | | |
| 3667 · Timber Seawall | 0.00 | 0.00 | 0.00 | 17,500.00 | 0.00 | 17,500.00 |
| **Total AcreField Services Corporation** | 0.00 | 0.00 | 0.00 | 17,500.00 | 0.00 | 17,500.00 |
| Ahern & Associates, Inc. | | | | | | |
| 2912 · VE Retaining Wall | 0.00 | 0.00 | 0.00 | 0.00 | 42,321.95 | 42,321.95 |
| **Total Ahern & Associates, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 42,321.95 | 42,321.95 |
| Alcatel | | | | | | |
| 2598 · Subsurface Stabilization Grouting | 0.00 | 0.00 | 0.00 | 0.00 | 2,875.00 | 2,875.00 |
| 2611-Alcatel Project Management | 0.00 | 0.00 | 0.00 | 0.00 | 3,280.00 | 3,280.00 |
| **Total Alcatel** | 0.00 | 0.00 | 0.00 | 0.00 | 6,155.00 | 6,155.00 |
| Balsam Mountain Preserve | | | | | | |
| 3050 · Riser Outflow / Inj. Grouting | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 | 5,000.00 |
| **Total Balsam Mountain Preserve** | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 | 5,000.00 |
| Barrier Foundation Services | | | | | | |
| 3548 Waterproofing and French Drain | 0.00 | 0.00 | 0.00 | 0.00 | 3,340.02 | 3,340.02 |
| **Total Barrier Foundation Services** | 0.00 | 0.00 | 0.00 | 0.00 | 3,340.02 | 3,340.02 |
| Benton, Albert | | | | | | |
| **Total Benton, Albert** | 0.00 | 0.00 | 0.00 | 0.00 | 595.00 | 595.00 |
| Boone Construction Company | | | | | | |
| 3571-Shoring | 0.00 | 0.00 | 0.00 | 0.00 | 2,105.00 | 2,105.00 |
| **Total Boone Construction Company** | 0.00 | 0.00 | 0.00 | 0.00 | 2,105.00 | 2,105.00 |
| Branch & Associates, Inc | | | | | | |
| 3412 · Micropiles | 0.00 | 0.00 | 0.00 | 0.00 | 0.45 | 0.45 |
| **Total Branch & Associates, Inc** | 0.00 | 0.00 | 0.00 | 0.00 | 0.45 | 0.45 |
| Brede, William | | | | | | |
| 2898-Slope Stabilization | 0.00 | 0.00 | 0.00 | 0.00 | 103,511.65 | 103,511.65 |
| **Total Brede, William** | 0.00 | 0.00 | 0.00 | 0.00 | 103,511.65 | 103,511.65 |
| Broad Street Partners, LLC | | | | | | |
| 3212 · Phase 1/Grout Compaction | 0.00 | 0.00 | 0.00 | 0.00 | 2,475.36 | 2,475.36 |
| **Total Broad Street Partners, LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 2,475.36 | 2,475.36 |
| Broadway, Ronn | | | | | | |
| 3592-Pool stabilization | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 |
| **Total Broadway, Ronn** | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 |
| Brockway Moran & Partners, Inc | | | | | | |
| 3542-Grouting & Soil Nail | 0.00 | 0.00 | 0.00 | 0.00 | 2,905.00 | 2,905.00 |
| **Total Brockway Moran & Partners, Inc** | 0.00 | 0.00 | 0.00 | 0.00 | 2,905.00 | 2,905.00 |
| Brown, James | | | | | | |
| 3327 · Retaining Wall Stabilization | 0.00 | 0.00 | 0.00 | 0.00 | 2,380.32 | 2,380.32 |
| **Total Brown, James** | 0.00 | 0.00 | 0.00 | 0.00 | 2,380.32 | 2,380.32 |
| Bryant's Land & Development Indust. | | | | | | |
| 3342 · Blue Ridge Parkway | 0.00 | 0.00 | 0.00 | 0.00 | 9,700.00 | 9,700.00 |
| **Total Bryant's Land & Development Indust.** | 0.00 | 0.00 | 0.00 | 0.00 | 9,700.00 | 9,700.00 |
| Burst, Moore, Smythe & McGee P.A. | | | | | | |
| **Total Burst, Moore, Smythe & McGee P.A.** | 0.00 | 0.00 | 0.00 | 0.00 | 164.46 | 164.46 |
| Butler, Larry | | | | | | |
| 3266 · Foundation Stabilization | 0.00 | 0.00 | 0.00 | 0.00 | 2,600.00 | 2,600.00 |
| **Total Butler, Larry** | 0.00 | 0.00 | 0.00 | 0.00 | 2,600.00 | 2,600.00 |
| Cannon, Tom | | | | | | |
| 3334 · Foundation Stabilization | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cannon, Tom** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cardella, Nelson | | | | | | |

2:37 PM
08/30/10

# Barrier Geotechnical Contractors, Inc
## A/R Aging Summary
### As of August 30, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 5023-Interior Column | 0.00 | 0.00 | 0.00 | 0.00 | 2,900.00 | 2,900.00 |
| Total Cardella, Nelson | 0.00 | 0.00 | 0.00 | 0.00 | 2,900.00 | 2,900.00 |
| CATAWBA COUNTY SCHOOLS | | | | | | |
| 2057-Fred. T Foard High School | 0.00 | 0.00 | 0.00 | 0.00 | 10,558.05 | 10,558.05 |
| Total CATAWBA COUNTY SCHOOLS | 0.00 | 0.00 | 0.00 | 0.00 | 10,558.05 | 10,558.05 |
| CB Richard Ellis, Inc | | | | | | |
| 3651-9115 Samlen Ln. | 0.00 | 0.00 | 0.00 | 0.00 | 6,400.00 | 6,400.00 |
| Total CB Richard Ellis, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 6,400.00 | 6,400.00 |
| Centex Homes | | | | | | |
| 2331A-17216 Cambridge Woods Ct.- HPT Test | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 | 450.00 |
| Total Centex Homes | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 | 450.00 |
| CHOATE CONSTRUCTION | | | | | | |
| 3227 - Biltmore Village | 0.00 | 0.00 | 0.00 | 0.00 | 9,000.00 | 9,000.00 |
| Total CHOATE CONSTRUCTION | 0.00 | 0.00 | 0.00 | 0.00 | 9,000.00 | 9,000.00 |
| CJW Builders | | | | | | |
| 2474 - Cameron Village - Building 2 and 3 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 | 95.00 |
| Total CJW Builders | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 | 95.00 |
| CMA-Schomerer | 0.00 | 0.00 | 0.00 | 0.00 | 2,292.50 | 2,292.50 |
| Cox & Schepp, Inc | | | | | | |
| 2942 - Micropile & Shotcrete Wall | 0.00 | 0.00 | 0.00 | 0.00 | 3,900.00 | 3,900.00 |
| 3655-PreSmart | 0.00 | 0.00 | 0.00 | 0.00 | 1,250.01 | 1,250.01 |
| Total Cox & Schepp, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 5,150.01 | 5,150.01 |
| Cresent Construction Co., Inc. | | | | | | |
| 3046 - SECU - Helical Piers | 0.00 | 0.00 | 0.00 | 0.00 | 8,096.00 | 8,096.00 |
| Total Cresent Construction Co., Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 8,096.00 | 8,096.00 |
| CROWDER CONSTRUCTION | | | | | | |
| 1924 - Master Hill | 0.00 | 0.00 | 0.00 | 0.00 | 148.83 | 148.83 |
| Total CROWDER CONSTRUCTION | 0.00 | 0.00 | 0.00 | 0.00 | 148.83 | 148.83 |
| DAVID SIMPSON | | | | | | |
| 2259-Simpson Residence | 0.00 | 0.00 | 0.00 | 0.00 | 257.50 | 257.50 |
| Total DAVID SIMPSON | 0.00 | 0.00 | 0.00 | 0.00 | 257.50 | 257.50 |
| Design & Construction Services | | | | | | |
| 2720 - Will Skeleton Greenway | 0.00 | 0.00 | 0.00 | 0.00 | 9,925.85 | 9,925.85 |
| 2720A - Will Skelton Greenway | 0.00 | 0.00 | 0.00 | 0.00 | 6,493.90 | 6,493.90 |
| 2777A - Maryville Pike | 0.00 | 0.00 | 0.00 | 0.00 | 8,000.00 | 8,000.00 |
| Total Design & Construction Services | 0.00 | 0.00 | 0.00 | 0.00 | 24,419.75 | 24,419.75 |
| DS Simmons, Inc | | | | | | |
| 3624- Pressure Grouting and Forming | 0.00 | 0.00 | 0.00 | 0.00 | 10,400.00 | 10,400.00 |
| Total DS Simmons, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 10,400.00 | 10,400.00 |
| Dustex Corporation | | | | | | |
| 3355 - MSU - Microplies | 0.00 | 0.00 | 0.00 | 0.00 | 16,800.00 | 16,800.00 |
| Total Dustex Corporation | 0.00 | 0.00 | 0.00 | 0.00 | 16,800.00 | 16,800.00 |
| First American REO Services | | | | | | |
| 5212 - Foundation Stabilization | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Total First American REO Services | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Foster-Oxiana Corporation | | | | | | |
| 2719-Hoffman Village | 0.00 | 0.00 | 0.00 | 0.00 | 5,385.00 | 5,385.00 |
| Total Foster Oxiana Corporation | 0.00 | 0.00 | 0.00 | 0.00 | 5,385.00 | 5,385.00 |
| GENERAL CONTRACT SERVICES | | | | | | |
| 2904-Green Residence | 0.00 | 0.00 | 0.00 | 0.00 | 330.70 | 330.70 |
| Total GENERAL CONTRACT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 | 330.70 | 330.70 |
| Glazier, Robert | | | | | | |

2:37 PM
08/30/10

# Barrier Geotechnical Contractors, Inc
## A/R Aging Summary
### As of August 30, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 3187 - Slope Evaluation | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 | 2,500.00 |
| Total Glazier, Robert | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 | 2,500.00 |
| Goodson, Betty | | | | | | |
| 2951 - Foundation Stabilization | 0.00 | 0.00 | 0.00 | 0.00 | 3,300.00 | 3,300.00 |
| Total Goodson, Betty | 0.00 | 0.00 | 0.00 | 0.00 | 3,300.00 | 3,300.00 |
| Greenberg, Ken | | | | | | |
| 3216 - Foundation Stabilization | 0.00 | 0.00 | 0.00 | 0.00 | 4,800.00 | 4,800.00 |
| Total Greenberg, Ken | 0.00 | 0.00 | 0.00 | 0.00 | 4,800.00 | 4,800.00 |
| Haden, Chad | | | | | | |
| 3300 Foundation Stabilization and PG | 0.00 | 0.00 | 0.00 | 0.00 | 6,900.00 | 6,900.00 |
| Total Haden, Chad | 0.00 | 0.00 | 0.00 | 0.00 | 6,900.00 | 6,900.00 |
| Hall, Kristen | | | | | | |
| 3693-Grading Drainage & Retaining System | 0.00 | 2,767.96 | 0.00 | 0.00 | 0.00 | 2,767.96 |
| Total Hall, Kristen | 0.00 | 2,767.96 | 0.00 | 0.00 | 0.00 | 2,767.96 |
| Hand, Kenneth | | | | | | |
| 3053 - Foundation Stabilization | 0.00 | 0.00 | 0.00 | 0.00 | 3,600.00 | 3,600.00 |
| Total Hand, Kenneth | 0.00 | 0.00 | 0.00 | 0.00 | 3,600.00 | 3,600.00 |
| Hebron Colony Ministries, Inc. | | | | | | |
| 3316 - Shoring, Excavating, Masonry | 0.00 | 0.00 | 0.00 | 0.00 | 24,500.00 | 24,500.00 |
| Total Holscher, Tim | 0.00 | 0.00 | 0.00 | 0.00 | 4,950.00 | 4,950.00 |
| Holscher, Tim | | | | | | |
| Huffman Builders | | | | | | |
| 3131 - Foy Residence Lot 37 | 0.00 | 0.00 | 0.00 | 0.00 | 4,950.00 | 4,950.00 |
| Total Huffman Builders | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hunt, Fred | | | | | | |
| 2548 - Structural Repairs | 0.00 | 0.00 | 0.00 | 0.00 | 6,500.00 | 6,500.00 |
| Total Hunt, Fred | 0.00 | 0.00 | 0.00 | 0.00 | 6,500.00 | 6,500.00 |
| J & M Incorporated | | | | | | |
| 2960-Loudon Co. Retaining Wall | 0.00 | 0.00 | 0.00 | 0.00 | 136,122.02 | 136,122.02 |
| Total J & M Incorporated | 0.00 | 0.00 | 0.00 | 0.00 | 136,122.02 | 136,122.02 |
| J.S. Regal LLC | | | | | | |
| 2424 - Vet Building at 694 Parkway Plaza | 0.00 | 0.00 | 0.00 | 0.00 | 440.00 | 440.00 |
| Total J.S. Regal LLC | 0.00 | 0.00 | 0.00 | 0.00 | 440.00 | 440.00 |
| JACOB REID BAILEY | | | | | | |
| 3274 - Deck Improve/Outdoor sitting area | 0.00 | 0.00 | 0.00 | 0.00 | 2,848.00 | 2,848.00 |
| Total JACOB REID BAILEY | 0.00 | 0.00 | 0.00 | 0.00 | 2,848.00 | 2,848.00 |
| Jarvis, Daniel | | | | | | |
| 2992 - Foundation Stabilization | 0.00 | 0.00 | 0.00 | 0.00 | 2,975.00 | 2,975.00 |
| Total Jarvis, Daniel | 0.00 | 0.00 | 0.00 | 0.00 | 2,975.00 | 2,975.00 |
| John S. Clark Company, LLC | | | | | | |
| 3595 - Ground Improvement Columns | 0.00 | 0.00 | 0.00 | 0.00 | 35,985.00 | 35,985.00 |
| Total John S. Clark Company, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 35,985.00 | 35,985.00 |
| Kincer, Todd & Sue | | | | | | |
| 3087 - Dock Rehab / Existing Pile Removal | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 100.00 |
| Total Kincer, Todd & Sue | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 100.00 |
| Kluths, Jay | | | | | | |
| 5058 - Helical Piers/Jack & Shim Floor | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 300.00 |
| Total Kluths, Jay | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 300.00 |
| Knight, Marvin | | | | | | |
| 5196 - Foundation Stabilization | 0.00 | 0.00 | 0.00 | 0.00 | 4,800.00 | 4,800.00 |
| Total Knight, Marvin | 0.00 | 0.00 | 0.00 | 0.00 | 4,800.00 | 4,800.00 |

2:37 PM
08/30/10

# Barrier Geotechnical Contractors, Inc
## A/R Aging Summary
As of August 30, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **L. D. AUSTIN BUILDING COMPANY** | | | | | | |
| 2514 - North Harbor View - Lot 145 | 0.00 | 0.00 | 0.00 | 0.00 | 432.50 | 432.50 |
| **Total L. D. AUSTIN BUILDING COMPANY** | 0.00 | 0.00 | 0.00 | 0.00 | 432.50 | 432.50 |
| **Laxton Construction Company, INC** | | | | | | |
| 3466-Underpinning and Grouting | 0.00 | 0.00 | 0.00 | 0.00 | 11,988.00 | 11,988.00 |
| **Total Laxton Construction Company, INC** | 0.00 | 0.00 | 0.00 | 0.00 | 11,988.00 | 11,988.00 |
| **Lennar Homes** | | | | | | |
| 3710-Lot 198 Fullerton Place | 0.00 | 6,000.00 | 0.00 | 0.00 | 0.00 | 6,000.00 |
| 3711-Lot 199 Fullerton Place | 0.00 | 6,000.00 | 0.00 | 0.00 | 0.00 | 6,000.00 |
| **Total Lennar Homes** | 0.00 | 12,000.00 | 0.00 | 0.00 | 0.00 | 12,000.00 |
| **LIBERTY HOMES** | | | | | | |
| 2420 - King's Creek | 0.00 | 0.00 | 0.00 | 0.00 | 1,875.00 | 1,875.00 |
| 2583 - Kings Creek Soil Testing | 0.00 | 0.00 | 0.00 | 0.00 | 640.00 | 640.00 |
| **Total LIBERTY HOMES** | 0.00 | 0.00 | 0.00 | 0.00 | 2,515.00 | 2,515.00 |
| **Liberty Mutual** | | | | | | |
| 2522 - Cook Residence | 0.00 | 0.00 | 0.00 | 0.00 | 97.50 | 97.50 |
| **Total Liberty Mutual** | 0.00 | 0.00 | 0.00 | 0.00 | 97.50 | 97.50 |
| **Machelle Cove Condominiums** | | | | | | |
| 3305 - Contract # 2 Foundation Stabilizat | 0.00 | 0.00 | 0.00 | 0.00 | 3,796.00 | 3,796.00 |
| **Total Machelle Cove Condominiums** | 0.00 | 0.00 | 0.00 | 0.00 | 3,796.00 | 3,796.00 |
| **Mari, Vincenzo** | | | | | | |
| 3488 Crawl Space Improvements | 0.00 | 0.00 | 0.00 | 0.00 | 2,700.00 | 2,700.00 |
| **Total Mari, Vincenzo** | 0.00 | 0.00 | 0.00 | 0.00 | 2,700.00 | 2,700.00 |
| **Martin, Kirk** | | | | | | |
| 3426-Foundation Stabilization | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Martin, Kirk** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Matkins, Jerry** | | | | | | |
| 5085 - Foundation Stabilization | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 |
| **Total Matkins, Jerry** | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 |
| **MATTHEWS CONSTRUCTION** | | | | | | |
| 2428 - Dr. Seagle's Office | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 | 180.00 |
| 2568 - Hoffman Village | 0.00 | 0.00 | 0.00 | 0.00 | 227.50 | 227.50 |
| **Total MATTHEWS CONSTRUCTION** | 0.00 | 0.00 | 0.00 | 0.00 | 407.50 | 407.50 |
| **Matthews, Mark** | | | | | | |
| 2919 - Deck Column Stabil. & Perm. Shorin | 0.00 | 0.00 | 0.00 | 0.00 | 43,395.96 | 43,395.96 |
| **Total Matthews, Mark** | 0.00 | 0.00 | 0.00 | 0.00 | 43,395.96 | 43,395.96 |
| **McCants, Mark** | | | | | | |
| 2966 - Foundation Stabilization | 0.00 | 0.00 | 0.00 | 0.00 | 3,800.00 | 3,800.00 |
| **Total McCants, Mark** | 0.00 | 0.00 | 0.00 | 0.00 | 3,800.00 | 3,800.00 |
| **McComas Hall** | | | | | | |
| 3467 Underpinning | 0.00 | 0.00 | 0.00 | 0.00 | 6,591.00 | 6,591.00 |
| **Total McComas Hall** | 0.00 | 0.00 | 0.00 | 0.00 | 6,591.00 | 6,591.00 |
| **McGuire, Michael** | | | | | | |
| 3462 Foundation Stabilization | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total McGuire, Michael** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Mid Eastern Builders, Inc.** | | | | | | |
| 3343 - Shockoe Retention Basin | 0.00 | 0.00 | 0.00 | 0.00 | 2,063.95 | 2,063.95 |
| 3503-NRP #1 | 0.00 | 0.00 | 0.00 | 0.00 | 4,947.42 | 4,947.42 |
| **Total Mid Eastern Builders, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 7,011.37 | 7,011.37 |
| **Mitchell, Robert** | | | | | | |
| 5183 - Underpinning Repair | 0.00 | 0.00 | 0.00 | 0.00 | 4,450.00 | 4,450.00 |
| **Total Mitchell, Robert** | 0.00 | 0.00 | 0.00 | 0.00 | 4,450.00 | 4,450.00 |

2:37 PM
08/30/10

# Barrier Geotechnical Contractors, Inc
## A/R Aging Summary
### As of August 30, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| MNM Partners, LLC | | | | | | |
| 3644-Walgreens in Lenoir | 0.00 | 0.00 | 0.00 | 0.00 | 29,700.00 | 29,700.00 |
| Total MNM Partners, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 29,700.00 | 29,700.00 |
| Monteith Construction Corp. | | | | | | |
| 3509 Soil Nails and Shotcrete, Exca. Prote | 0.00 | 0.00 | 0.00 | 0.00 | 852.50 | 852.50 |
| Total Monteith Construction Corp. | 0.00 | 0.00 | 0.00 | 0.00 | 852.50 | 852.50 |
| Moore, Tim | | | | | | |
| 3382-Retaining Wall Stabilization | 0.00 | 0.00 | 0.00 | 0.00 | 3,800.00 | 3,800.00 |
| Total Moore, Tim | 0.00 | 0.00 | 0.00 | 0.00 | 3,800.00 | 3,800.00 |
| Morlando-Holden Construction, Inc. | | | | | | |
| 3389 - Ground Improvement | 0.00 | 0.00 | 0.00 | 0.00 | 20,069.82 | 20,069.82 |
| 3359 - US Airways Ft. Simulator Bldg | 0.00 | 0.00 | 0.00 | 0.00 | 9,450.00 | 9,450.00 |
| Total Morlando-Holden Construction, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 29,519.82 | 29,519.82 |
| Morrow Construction Co. | | | | | | |
| 2876 - Joint Repair | 0.00 | 0.00 | 0.00 | 0.00 | 7,600.00 | 7,600.00 |
| Total Morrow Construction Co. | 0.00 | 0.00 | 0.00 | 0.00 | 7,600.00 | 7,600.00 |
| Mountain Air | | | | | | |
| 2901-Mountain Air Bldg. C | 0.00 | 0.00 | 0.00 | 0.00 | 131,014.87 | 131,014.87 |
| 2902-Mountain Air Bldg. D | 0.00 | 0.00 | 0.00 | 0.00 | 15,877.16 | 15,877.16 |
| 2922-Construction Services | 0.00 | 0.00 | 0.00 | 0.00 | 85,927.50 | 85,927.50 |
| Total Mountain Air | 0.00 | 0.00 | 0.00 | 0.00 | 232,819.53 | 232,819.53 |
| Mountain Construction Enterprises, Inc. | | | | | | |
| 5172 - Deck Stabilization | 0.00 | 0.00 | 0.00 | 0.00 | 3,717.50 | 3,717.50 |
| Total Mountain Construction Enterprises, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 3,717.50 | 3,717.50 |
| Myers, Viva & Vivian Johnson | | | | | | |
| 2961 - Failing Retaining Wall | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Myers, Viva & Vivian Johnson | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Myrick construction, Inc. | | | | | | |
| 3706-Temporary Shoring | 0.00 | 0.00 | 5,305.00 | 0.00 | 0.00 | 5,305.00 |
| Total Myrick construction, Inc. | 0.00 | 0.00 | 5,305.00 | 0.00 | 0.00 | 5,305.00 |
| Nagy, Sandy | | | | | | |
| 3483 Foundation Stabilization | 0.00 | 0.00 | 0.00 | 0.00 | 2,050.00 | 2,050.00 |
| Total Nagy, Sandy | 0.00 | 0.00 | 0.00 | 0.00 | 2,050.00 | 2,050.00 |
| Newt Marine Service | | | | | | |
| 2827 - Harry S. Truman Dam | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Newt Marine Service | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Oakes, Stephen M | | | | | | |
| 3243 - Pile Installations | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 |
| Total Oakes, Stephen M. | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 |
| PACE COMMERCIAL, LLC | | | | | | |
| 2166 | 0.00 | 0.00 | 0.00 | 0.00 | 190.00 | 190.00 |
| PACE COMMERCIAL, LLC - Other | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 140.00 |
| Total PACE COMMERCIAL, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 330.00 | 330.00 |
| Parkes Construction | | | | | | |
| 3598- Design Build Foundation for Underpi | 0.00 | 0.00 | 0.00 | 0.00 | 890.00 | 890.00 |
| Total Parkes Construction | 0.00 | 0.00 | 0.00 | 0.00 | 890.00 | 890.00 |
| Patco Foods, Inc | | | | | | |
| 3427-Concrete Epoxy Coating | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| Total Patco Foods, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| Peterson Construction | | | | | | |
| 3420-Rock Anchors | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Peterson Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

2:37 PM
08/30/10

## Barrier Geotechnical Contractors, Inc
## A/R Aging Summary
### As of August 30, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Total Stowe, George & Brenda | 0.00 | 0.00 | 0.00 | 0.00 | 6,950.00 | 6,950.00 |
| Tang Ter | | | | | | |
| 2621 - 1201 Tank Towne Road | 0.00 | 0.00 | 0.00 | 0.00 | 375.00 | 375.00 |
| Total Tang Ter | 0.00 | 0.00 | 0.00 | 0.00 | 375.00 | 375.00 |
| Taylor And Viola | | | | | | |
| TED GDINS | 0.00 | 0.00 | 0.00 | 0.00 | 5,000.00 | 5,000.00 |
| 2288-Hilton Residence | 0.00 | | | | 418.60 | 418.60 |
| Total TED GDINS | 0.00 | 0.00 | 0.00 | 0.00 | 418.60 | 418.60 |
| TER-TER PROP., LLC | 0.00 | 0.00 | 0.00 | 0.00 | 416.10 | 416.10 |
| TESTA & WIRTH, INC. | | | | | | |
| 2217D-Rio Dro Drive | 0.00 | 0.00 | 0.00 | 0.00 | 104.00 | 104.00 |
| 2457 - Grass Lane | 0.00 | 0.00 | 0.00 | 0.00 | 220.00 | 220.00 |
| Total TESTA & WIRTH, INC. | 0.00 | 0.00 | 0.00 | 0.00 | 324.00 | 324.00 |
| The Pines at Carolina Place Apartments | | | | | | |
| 2418 - The Pines | 0.00 | 0.00 | 0.00 | 0.00 | 487.50 | 487.50 |
| Total The Pines at Carolina Place Apartments | 0.00 | 0.00 | 0.00 | 0.00 | 487.50 | 487.50 |
| Thomas, Vance & Georgianna | | | | | | |
| 3041 - Block Wall Stabilization | 0.00 | 0.00 | 0.00 | 0.00 | 2,600.00 | 2,600.00 |
| Total Thomas, Vance & Georgianna | 0.00 | 0.00 | 0.00 | 0.00 | 2,600.00 | 2,600.00 |
| Town of Seven Devils | | | | | | |
| 2896 - Hanging Rock Villas | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Total Town of Seven Devils | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Udoh., Jerry | | | | | | |
| 2848 - 4732 Central Avenue | 0.00 | 0.00 | 0.00 | 0.00 | -0.73 | -0.73 |
| Total Udoh., Jerry | 0.00 | 0.00 | 0.00 | 0.00 | -0.73 | -0.73 |
| VALLEY HILLS MALL | | | | | | |
| 2356-Valley Hill Mall Parking Deck Inspec | 0.00 | 0.00 | 0.00 | 0.00 | 475.00 | 475.00 |
| Total VALLEY HILLS MALL | 0.00 | 0.00 | 0.00 | 0.00 | 475.00 | 475.00 |
| Villanova, Barbara | | | | | | |
| 2899-Slab Stabilization | 0.00 | 0.00 | 0.00 | 0.00 | -4,879.00 | -4,879.00 |
| Total Villanova, Barbara | 0.00 | 0.00 | 0.00 | 0.00 | -4,879.00 | -4,879.00 |
| Vulcan Materials Company | | | | | | |
| 3511 Design Build Foundation Support | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Vulcan Materials Company | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| W. K. DICKSON | | | | | | |
| 2410 - Sam Snyder Complex | 0.00 | 0.00 | 0.00 | 0.00 | 165.00 | 165.00 |
| W. K. DICKSON - Other | 0.00 | 0.00 | 0.00 | 0.00 | 42.50 | 42.50 |
| Total W. K. DICKSON | 0.00 | 0.00 | 0.00 | 0.00 | 207.50 | 207.50 |
| Waldensian Heritage Winery | | | | | | |
| 3853- Soil Nails & Vertical Steel | 0.00 | 0.00 | -0.34 | 0.00 | 0.00 | -0.34 |
| Total Waldensian Heritage Winery | 0.00 | 0.00 | -0.34 | 0.00 | 0.00 | -0.34 |
| Walter B. Bovard | | | | | | |
| 2722 - Retaining Wall Stabilization | 0.00 | 0.00 | 0.00 | 0.00 | 1,480.00 | 1,480.00 |
| Total Walter B. Bovard | 0.00 | 0.00 | 0.00 | 0.00 | 1,480.00 | 1,480.00 |
| Watauga County | | | | | | |
| 2906-Slope Stabilization | 0.00 | 0.00 | 0.00 | 0.00 | 89.73 | 89.73 |
| Total Watauga County | 0.00 | 0.00 | 0.00 | 0.00 | 89.73 | 89.73 |
| WT DuBois Construction, Inc. | | | | | | |
| 3469 Compaction Grouting | 0.00 | 0.00 | 0.00 | 0.00 | 7,500.00 | 7,500.00 |
| Total WT DuBois Construction, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 7,500.00 | 7,500.00 |
| YTM Construction | | | | | | |
| 3528 Slope Protection | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | 2,000.00 |

2:37 PM
08/30/10

## Barrier Geotechnical Contractors, Inc
### A/R Aging Summary
As of August 30, 2010

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Total YTM Construction | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | 2,000.00 |
| Z and R Remodeling and Construction | | | | | | |
| 2459 · 139 Oakdale Drive | 0.00 | 0.00 | 0.00 | 0.00 | 348.20 | 348.20 |
| Total Z and R Remodeling and Construction | 0.00 | 0.00 | 0.00 | 0.00 | 348.20 | 348.20 |
| TOTAL | 0.00 | 14,767.96 | 5,304.66 | 17,500.00 | 1,024,897.77 | 1,062,470.39 |



**B6D (Official Form 6D) (12/07)**

In re    **Barrier Geotechnical Contractors, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xx4394**<br><br>**Canon Financial Services**<br>**14904 Collections Center Dr.**<br>**Chicago, IL 60693-0149** | | | - | **Office Equipment Loan**<br><br>**Office Equipment (Computers, Copiers, Fax Machines, File Cabinets, Desks, Chairs)**<br><br>Value $                4,000.00 | | | | 2,300.65 | 0.00 |
| Account No. **xxxxx4201**<br><br>**Community One Bank, N.A.**<br>**804 South New Hope Rd.**<br>**Gastonia, NC 28054** | X | | - | **Equipment Loan Assigned by Principal**<br><br>**Interoc Drill**<br><br>Value $                60,000.00 | | | | 20,493.38 | 0.00 |
| Account No. **xxxxx6505**<br><br>**First Trust Bank**<br>**Attn: Loan Dept.**<br>**P.O. Box 35529**<br>**Charlotte, NC 28235-5529** | X | | - | **Equipment Package Loan (Loan 2 of 3)**<br><br>**CAT 277 Track Loader (CNC1402)**<br><br>Value $                8,000.00 | | | | 10,533.29 | 2,533.29 |
| Account No. **xxxxx7439**<br><br>**First Trust Bank**<br>**Attn: Loan Dept.**<br>**P.O. Box 35529**<br>**Charlotte, NC 28235-5529** | X | | - | **Equipment Package Loan (Loan 2 of 3)**<br><br>**Sullivan Paletak Air Compressor**<br><br>Value $                5,000.00 | | | | 20,232.19 | 15,232.19 |

___7___ continuation sheets attached

Subtotal
(Total of this page)

| 53,559.51 | 17,765.48 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re   **Barrier Geotechnical Contractors, Inc.**                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx7811** | | | Equipment Package Loan (Loan 2 of 3) | | | | | |
| **First Trust Bank** Attn: Loan Dept. P.O. Box 35529 Charlotte, NC 28235-5529 | X | - | CAT 303CR Excavator (DMA01538) | | | | | |
| | | | Value $          4,000.00 | | | | 14,139.87 | 10,139.87 |
| Account No. **xxxxx7838** | | | Equipment Package Loan (Loan 2 of 3) | | | | | |
| **First Trust Bank** Attn: Loan Dept. P.O. Box 35529 Charlotte, NC 28235-5529 | X | - | CAT 277 Track Loader (CNC02965) | | | | | |
| | | | Value $          8,000.00 | | | | 18,699.47 | 10,699.47 |
| Account No. **xxxxx7870** | | | Equipment Package Loan (Loan 2 of 3) | | | | | |
| **First Trust Bank** Attn: Loan Dept. P.O. Box 35529 Charlotte, NC 28235-5529 | X | - | CAT 305CR Excavator (DGT00780) | | | | | |
| | | | Value $          8,000.00 | | | | 22,692.69 | 14,692.69 |
| Account No. **xxxxx8680** | | | Equipment Package Loan (Loan 2 of 3) | | | | | |
| **First Trust Bank** Attn: Loan Dept. P.O. Box 35529 Charlotte, NC 28235-5529 | X | - | 280 ton jack, Hand Pump, Load Cell | | | | | |
| | | | Value $          5,000.00 | | | | 17,884.24 | 12,884.24 |
| Account No. **xxxxx8796** | | | Equipment Package Loan (Loan 2 of 3) | | | | | |
| **First Trust Bank** Attn: Loan Dept. P.O. Box 35529 Charlotte, NC 28235-5529 | X | - | Kubota Tractor and Attachments | | | | | |
| | | | Value $          5,000.00 | | | | 13,206.03 | 8,206.03 |

Sheet   **1**   of   **7**   continuation sheets attached to                                Subtotal                 | 86,622.30 | 56,622.30
Schedule of Creditors Holding Secured Claims                                  (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re   **Barrier Geotechnical Contractors, Inc.**                                    ,   Case No. _____
                                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **First Trust Bank** Attn: Loan Dept. P.O. Box 35529 Charlotte, NC 28235-5529 | | | - | | Capitalization Loan; UCC Umbrella Lien (Loan 1 of 3) **Includes Accounts Receivable, Office Equipment, and all Machinery and Field Equipment** | | | | | |
| | | | | | Value $                 0.00 | | | | 170,000.00 | 170,000.00 |
| Account No. **xxxx4981** **Ford Motor Credit Company** Dept. 194101 P.O. Box 55000 Detroit, MI 48255-1941 | | | - | | Car Loan **2005 Ford F550 (9463)** | | | | | |
| | | | | | Value $              3,500.00 | | | | 847.80 | 0.00 |
| Account No. **xxxx7604** **Ford Motor Credit Company** Dept. 194101 P.O. Box 55000 Detroit, MI 48255-1941 | | | - | | Car Loan **2004 Ford F250 (3854)** | | | | | |
| | | | | | Value $              3,500.00 | | | | 533.16 | 0.00 |
| Account No. **xxx6738** **Ford Motor Credit Company** Dept. 194101 P.O. Box 55000 Detroit, MI 48255-1941 | X | | - | | Car Loan **2004 Ford F250 (5721)** | | | | | |
| | | | | | Value $              3,500.00 | | | | 582.10 | 0.00 |
| Account No. **Lyon Financial Services, Inc.** 1310 Madrid Street, Suite 100 Marshall, MN 56258 | | | - | | Equipment Lease **Drill Rig** | | | | | |
| | | | | | Value $                 0.00 | | | | 227,250.00 | 227,250.00 |

Sheet __2__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 399,213.06 | 397,250.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Barrier Geotechnical Contractors, Inc.** ,    Case No. _____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. **xxx-xxxxxx3-000**<br><br>**Lyon Financial/Manifest Funding Services**<br>**P.O. Box 790448**<br>**Saint Louis, MO 63179-0448** | X | - | | | Equipment Loan<br><br>**Haney Grout Pump and Hote Drill Rig**<br><br><br>Value $            8,500.00 | | | | 7,590.65 | 0.00 |
| Account No. **xxx-xxxxxx7-000**<br><br>**Manifest Funding Services**<br>**P.O. Box 790448**<br>**Saint Louis, MO 63179-0448** | X | - | | | Equipment Loan<br><br>**Hote Drill Rig**<br><br><br>Value $          60,000.00 | | | | 76,478.58 | 16,478.58 |
| Account No. **xxxR006**<br><br>**Nationwide Funding**<br>**8105 Irvine Center Dr.**<br>**Suite 250**<br>**Irvine, CA 92618** | | - | | | Equipment Loan<br><br>**High Shear Grout Pump**<br><br><br>Value $            4,000.00 | | | | 25,084.82 | 21,084.82 |
| Account No. **xxx-xxxxx33-00**<br><br>**Sovereign Bank**<br>**3 Huntington Quad**<br>**Melville, NY 11747** | | - | | | Equipment Loan<br><br>**High Shear Grout Pump**<br><br><br>Value $            4,000.00 | | | | 1,100.38 | 1,100.38 |
| Account No. **xxx-xxxxxx9-007**<br><br>**SunTrust Bank**<br>**P.O. Box 79503**<br>**Baltimore, MD 21279-0503** | X | - | | | Car Lease<br><br>**2005 Ford F550 (2865)**<br><br><br>Value $            3,500.00 | | | | 1,773.23 | 0.00 |

Sheet  **3**  of  **7**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| Subtotal<br>(Total of this page) | 112,027.66 | 38,663.78 |
|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **Barrier Geotechnical Contractors, Inc.**                              ,        Case No. _____
                                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxx9-008**<br><br>**SunTrust Bank**<br>**P.O. Box 79503**<br>**Baltimore, MD 21279-0503** | X | - | **Car Lease**<br><br>**2005 Ford F450 (9382)**<br><br><br>Value $           **3,500.00** | | | | **1,869.81** | **0.00** |
| Account No. **xxx-xxxxxx9-009**<br><br>**SunTrust Bank**<br>**P.O. Box 79503**<br>**Baltimore, MD 21279-0503** | X | - | **Car Lease**<br><br>**2005 Chevrolet 2500 HD (9192)**<br><br><br>Value $           **3,500.00** | | | | **1,627.23** | **0.00** |
| Account No. **xxx-xxxxxx9-010**<br><br>**SunTrust Bank**<br>**P.O. Box 79503**<br>**Baltimore, MD 21279-0503** | X | - | **Car Lease**<br><br>**2005 Chevrolet 2500 HD (6155)**<br><br><br>Value $           **3,500.00** | | | | **1,620.21** | **0.00** |
| Account No. **xxx-xxxxxx9-011**<br><br>**SunTrust Bank**<br>**P.O. Box 79503**<br>**Baltimore, MD 21279-0503** | X | - | **Car Lease**<br><br>**2005 Chevrolet 2500 HD (6149)**<br><br><br>Value $           **3,500.00** | | | | **1,627.23** | **0.00** |
| Account No. **xxx-xxxxxx9-012**<br><br>**Suntrust Bank**<br>**P.O. Box 791144**<br>**Baltimore, MD 21279-1144** | X | - | **Car Lease**<br><br>**2005 Chevrolet 2500 HD (0081)**<br><br><br>Value $           **3,500.00** | | | | **1,622.55** | **0.00** |

Sheet __4__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **8,367.03** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Barrier Geotechnical Contractors, Inc.**                                    ,   Case No. _____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxx9-013** | | | **Car Lease** | | | | | |
| **SunTrust Bank** P.O. Box 79503 Baltimore, MD 21279-0503 | X | - | **2005 Chevrolet 2500 HD (2261)** | | | | | |
| | | | Value $          **3,500.00** | | | | **1,625.43** | **0.00** |
| Account No. **xxx-xxxxxx9-014** | | | **Car Lease** | | | | | |
| **SunTrust Bank** P.O. Box 79503 Baltimore, MD 21279-0503 | X | - | **2004 Chevrolet 3500 (3860)** | | | | | |
| | | | Value $          **3,500.00** | | | | **1,239.55** | **0.00** |
| Account No. **xxx-xxxxxx9-015** | | | **Car Lease** | | | | | |
| **SunTrust Bank** P.O. Box 79503 Baltimore, MD 21279-0503 | X | - | **2005 Chevrolet Suburban (4759)** | | | | | |
| | | | Value $          **3,500.00** | | | | **1,522.71** | **0.00** |
| Account No. **xxx-xxxxxx9-016** | | | **Car Lease** | | | | | |
| **SunTrust Bank** P.O. Box 79503 Baltimore, MD 21279-0503 | X | - | **2005 Chevrolet 2500 HD (8152)** | | | | | |
| | | | Value $          **3,500.00** | | | | **648.70** | **0.00** |
| Account No. **xxx-xxxxxx9-017** | | | **Car Lease** | | | | | |
| **SunTrust Bank** P.O. Box 79503 Baltimore, MD 21279-0503 | X | - | **2005 Chevrolet 4500 (9366)** | | | | | |
| | | | Value $          **3,500.00** | | | | **1,219.50** | **0.00** |

Sheet ___**5**___ of ___**7**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**6,255.89**          **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re **Barrier Geotechnical Contractors, Inc.** _____ ,   Case No. _____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No. **xxxx6721**<br><br>**Wells Fargo Equipment Finance**<br>**NW 5934**<br>**P.O. Box 1450**<br>**Minneapolis, MN 55485-5934** | X | - | **Equipment Loan**<br><br>**EGT VD500 Drill and Interoc B1000 Head**<br><br>Value $ 45,000.00 | | | | 4,000.00 | 0.00 |
| Account No. **x2461**<br><br>**Wilmar Leasing, Inc.**<br>**P.O. Box 221272**<br>**Charlotte, NC 28222** | | - | **Car Lease**<br><br>**2004 Chevrolet Tahoe (3451)**<br><br>Value $ 3,500.00 | | | | 4,046.14 | 546.14 |
| Account No. **x2463**<br><br>**Wilmar Leasing, Inc.**<br>**P.O. Box 221272**<br>**Charlotte, NC 28222** | | - | **Car Lease**<br><br>**2004 Ford F450 (9363)**<br><br>Value $ 3,500.00 | | | | 4,270.54 | 770.54 |
| Account No. **x2462**<br><br>**Wilmar Leasing, Inc.**<br>**P.O. Box 221272**<br>**Charlotte, NC 28222** | | - | **Car Lease**<br><br>**2004 Ford F450 (9358)**<br><br>Value $ 3,500.00 | | | | 4,337.19 | 837.19 |
| Account No. **x2464**<br><br>**Wilmar Leasing, Inc.**<br>**P.O. Box 221272**<br>**Charlotte, NC 28222** | | - | **Car Lease**<br><br>**2004 Ford F450 (7225)**<br><br>Value $ 3,500.00 | | | | 4,395.93 | 895.93 |

Sheet _6_ of _7_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

21,049.80 | 3,049.80

B6D (Official Form 6D) (12/07) - Cont.

In re  **Barrier Geotechnical Contractors, Inc.**                              ,    Case No. _____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **x2465** | | | | | Car Lease | | | | | |
| **Wilmar Leasing, Inc.** P.O. Box 221272 Charlotte, NC 28222 | X | - | | | **2004 Chevrolet Pickup (4071)** | | | | | |
| | | | | | Value $            **3,500.00** | | | | 3,270.88 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  **7**   of  **7**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 3,270.88 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 690,366.13 | 513,351.36 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re  **Barrier Geotechnical Contractors, Inc.**                                ,      Case No. _____
                                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re   **Barrier Geotechnical Contractors, Inc.**_____,   Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br><br>David L. Waters<br>57 Heritage Drive<br>Clover, SC 29710 | - | Employee Wages | | | | | | 5,537.45 | 0.00<br><br>5,537.45 |
| Account No.<br><br>Kristie J. McGee<br>3397 Lakeland Rd.<br>Concord, NC 28027 | - | Employee Wages | | | | | X | 4,079.70 | 0.00<br><br>4,079.70 |
| Account No.<br><br>Robert Bridges<br>280 Fox Ridge Circle<br>Lewisville, NC 27023 | - | Employee Wages | | | | | | 6,311.80 | 0.00<br><br>6,311.80 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 15,928.95 | 15,928.95

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re    **Barrier Geotechnical Contractors, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>**Employment Security Commission**<br>**P.O. Box 25903**⬜⬜<br>**Raleigh, NC 27611-5903** | - | | | | | | | | **0.00** |
| | | Civil Judgments<br><br>08-CVM-19176, 10-CVM-471, 10-CVM-618, 10-CVM-9439, 10-CVM-9821, 10-CVM-9825, 10-CVM-9826,10-CVM-15537 | | | | | | 77,457.61 | 77,457.61 |
| Account No. **xx-xxx2390**<br><br>**Internal Revenue Service**<br>**10715 David Taylor Dr.**<br>**Charlotte, NC 28262** | X - | | | | | | | | **0.00** |
| | | Federal Taxes for periods of:<br><br>09/2009<br>12/2009<br>03/2010<br>06/2010 | | | | | | 662,265.41 | 662,265.41 |
| Account No.<br><br>**Mecklenburg County Tax Collector**<br>**PO Box 71063**<br>**Charlotte, NC 28272** | - | | | | | | | | **0.00** |
| | | Business Taxes | | | | | | 19,780.26 | 19,780.26 |
| Account No. **xx4957**<br><br>**NC Dept. of Revenue**<br>**Central Collection Unit**<br>**P.O. Box 1168**<br>**Raleigh, NC 27602-1168** | - | | | | | | | | **0.00** |
| | | State Taxes | | | | | | 67,182.05 | 67,182.05 |
| Account No. **xx-xxx2390**<br><br>**Tennessee Dept. of Revenue**<br>**P.O. Box 190665**<br>**Nashville, TN 37219-0665** | - | | | | | | | | **0.00** |
| | | Income Taxes | | | | | | 1,344.24 | 1,344.24 |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | 828,029.57 | 828,029.57 |
| Total | **0.00** | |
| (Report on Summary of Schedules) | 843,958.52 | 843,958.52 |

B6F (Official Form 6F) (12/07)

In re    **Barrier Geotechnical Contractors, Inc.**                                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx9166**<br><br>**Access One**<br>**P.O. Box 630814**<br>**Cincinnati, OH 45263-0814** | | - | | **Medical Bills** | | | | **559.68** |
| Account No. **xxxxxx9077**<br><br>**Accounting Principals**<br>**P.O. Box 1023540**<br>**Atlanta, GA 30368-3540** | | - | | **Accounting Services/Civil Judgment**<br><br>**09-CVD-25338** | | | | **24,060.10** |
| Account No.<br><br>**ACEC/NC**<br>**3724 National Drive**<br>**Raleigh, NC 27612** | | - | | **Professional Association Dues** | | | | **7,217.46** |
| Account No. **xxx1191**<br><br>**Airgas National Welders**<br>**4236 Statesville Rd.**<br>**Charlotte, NC 28269** | | - | | **Supplies** | | | | **90.00** |

|  |  |
|---|---|
| __35__  continuation sheets attached | Subtotal<br>(Total of this page)   **31,927.24** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                        S/N:38905-101015    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Barrier Geotechnical Contractors, Inc.**                                              ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Advertising | | | | |
| Aisling Broadcasting, LLC 738 Blowing Rock Rd. Boone, NC 28607 | - | | | | | | | |
| | | | | | | | | 4,786.00 |
| Account No. | | | | Supplies | | | | |
| ALA Plumbing Company LLC P.O. Box 5271 Mooresville, NC 28117-6831 | - | | | | | | | |
| | | | | | | | | 75.00 |
| Account No. **BARGE** | | | | Supplies | | | | |
| Allied Crawford Steel Company 5211 Edwards Rd. Taylors, SC 29687 | - | | | | | | | |
| | | | | | | | | 12,000.16 |
| Account No. | | | | Vehicle Repairs | | | | |
| American Auto & Truck Electric 646 Atando Ave. Charlotte, NC 28206 | - | | | | | | | |
| | | | | | | | | 431.00 |
| Account No. | | | | Trade Exhibition Costs | | | | |
| American Consumer Shows 200 Oak Dr., Suite 100 Syosset, NY 11791-4626 | - | | | | | | | |
| | | | | | | | | 1,295.00 |

Sheet no. __1__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                        Subtotal          18,587.16
                                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Barrier Geotechnical Contractors, Inc.**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxxx-x1001**<br><br>**American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265** | X | - | **Credit Card Balance** | | | | 7,584.68 |
| Account No.<br><br>**American Testing Laboratory, Inc.**<br>**P.O. Box 731**<br>**Bessemer, AL 35020** | | - | **Inspections** | | | | 190.00 |
| Account No.<br><br>**Aqua ARC Services, Inc.**<br>**3410 Hayes Rd.**<br>**Monroe, NC 28110** | | - | **Irrigation Services** | | | | 631.50 |
| Account No.<br><br>**Arctic Heating and Air, Inc.**<br>**5703 North Tryon Street**<br>**Charlotte, NC 28256** | | - | **HVAC Services** | | | | 2,730.00 |
| Account No.<br><br>**ARS**<br>**123 Associates Ln.**<br>**Indian Trail, NC 28079** | | - | **HVAC Services** | | | | 218.00 |

Sheet no. __2__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,354.18

B6F (Official Form 6F) (12/07) - Cont.

In re   **Barrier Geotechnical Contractors, Inc.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.  **285** | | | | Supplies | | | | |
| **Asheville Bit & Steel Company** **P.O. Box 5913** **Asheville, NC 28813** | - | | | | | | | 113.27 |
| Account No. | | | | Insurance | | | | |
| **Asurion Insurance Services** **648 Grassmere Park** **Suite 300** **Nashville, TN 37211** | - | | | | | | | 50.00 |
| Account No. | | | | Utility- Phone Service | | | | |
| **AT&T** **909 Chestnut St.** **Saint Louis, MO 63101-3099** | - | | | | | | | 2,954.62 |
| Account No.  **xxxxxxxxxxxxx3199** | | | | Utilities- Fax Line | | | | |
| **AT&T** **P.O. Box 105262** **Atlanta, GA 30348-5262** | - | | | | | | | 180.04 |
| Account No.  **xxxxx9937** | | | | Advertising | | | | |
| **AT&T Advertising Solutions** **P.O. Box 105024** **Atlanta, GA 30348-5024** | - | | | | | | | 9,156.48 |

Sheet no. __**3**___ of __**35**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,454.41**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Barrier Geotechnical Contractors, Inc.**_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxx-x01-35**<br><br>**AT&T Mobility**<br>**P.O. Box 538641**<br>**Atlanta, GA 30353-8641** | - | | | | **Utility- Cellular Phone Service** | | | | 280.05 |
| Account No. **xxxxxxxxxxxx5454**☐☐<br><br>**Bank of America Visa**<br>**PO Box 15019**<br>**Wilmington, DE 19886** | X | - | | | **Credit Card Balance listed in principal's name** | | | | 14,753.24 |
| Account No. **xxxx-xxxx-xxxx-1434**<br><br>**Bank of America/Business Card**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886-5710** | X | - | | | **Credit Card Balance** | | | | 18,024.95 |
| Account No. **xxxx-xxxx-xxxx-6377**<br><br>**Bank of America/Business Card**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886-5710** | X | - | | | **Credit Card Balance** | | | | 13,147.33 |
| Account No.<br><br>**Barrier Foundation Services, Inc.**<br>**4214 Statesville Rd.**<br>**Charlotte, NC 28269** | - | | | | **Business Loan** | | | | 13,727.50 |

Sheet no. __4___ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,933.07

B6F (Official Form 6F) (12/07) - Cont.

In re   **Barrier Geotechnical Contractors, Inc.**                                    ,   Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Supplies | | | | |
| Bates Septic Tank & Concrete Products Co 1121 Georgia Rd. Franklin, NC 28734 | | - | | | | | | 280.00 |
| Account No. xxxx-xxxx-xxxx-7650 | | | | Credit Card Balance | | | | |
| BB&T P.O. Box 580435 Charlotte, NC 28258 | | - | | | | | | 500.00 |
| Account No. | | | | Civil Judgment 09-CVS-12268 | | | | |
| Bellsouth Advertising & Publishing Corp. PO Box 105024 Atlanta, GA 30348 | | | | | | | | 15,936.47 |
| Account No. xx-xxx-xx1037 | | | | Mediation Services | | | | |
| Benade & Huggins, LLC 2425 N Center St. Box 127 Hickory, NC 28601-1320 | | - | | | | | | 187.50 |
| Account No. | | | | Supplies | | | | |
| Boone Crane Rental Company 3008 Blowing Rock Rd. Blowing Rock, NC 28605 | | - | | | | | | 1,595.00 |

Sheet no. __5__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                18,498.97

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Barrier Geotechnical Contractors, Inc._____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx5396** | | - | | Vehicle Maintenance | | | | |
| **Buffalo Tire & Care Care** **4438 South Blvd.** **Charlotte, NC 28209-2673** | | | | | | | | 1,501.76 |
| Account No. **Barrio Geo Tec** | | - | | Waste Processing & Recycling | | | | |
| **Builders Container Service, Inc.** **P.O. Box 2986** **Elizabeth City, NC 27906** | | | | | | | | 1,190.03 |
| Account No. | | - | | Insurance | | | | |
| **Builders Mutual Insurance Company** **P.O. Box 900027** **Raleigh, NC 27675-0027** | | | | | | | | 8,684.64 |
| Account No. | | - | | Locksmith Services | | | | |
| **Burley's Lock and Key** **P.O. Box 221801** **Charlotte, NC 28222-1801** | | | | | | | | 188.00 |
| Account No. **xxxxxxx70XP** | | - | | Medical Bills | | | | |
| **Cabarrus Emergency Medicine Associates** **P.O. Box 9730** **Daytona Beach, FL 32120** | | | | | | | | 231.00 |

Sheet no. __6__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,795.43

B6F (Official Form 6F) (12/07) - Cont.

In re  **Barrier Geotechnical Contractors, Inc.**                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Waste Processiong & Recycling | | | | |
| **Carolina Disposal Service** **P.O. Box 1254** **Welcome, NC 27374** | | | | | | | | **5,264.70** |
| Account No. | | - | | Geotechnical Engineering | | | | |
| **CBC Engineers & Associates, Ltd.** **125 Westpark Rd.** **Dayton, OH 45459** | | | | | | | | **1,509.88** |
| Account No. **x7400** | | - | | Supplies | | | | |
| **Central Mine Equipment** **4215 Rider Trail North** **Earth City, MO 63045-1106** | | | | | | | | **109.60** |
| Account No. **xx6234** | | - | | Business License Fees | | | | |
| **Charlotte Chamber of Commerce** **P.O. Box 32785** **Charlotte, NC 28232** | | | | | | | | **400.00** |
| Account No. **xxxxx-x3210** | | - | | Business License Fees | | | | |
| **City of Charlotte** **Billing Center** **P.O. Box 33831** **Charlotte, NC 28233-3831** | | | | | | | | **34.81** |

Sheet no. __7__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,318.99**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Barrier Geotechnical Contractors, Inc.**                                    ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx9905**<br><br>**City of Concord**<br>**P.O. Box 308**<br>**Concord, NC 28026-0308** | | - | | **Business License Fees** | | | | 10.00 |
| Account No. **xxx3340**<br><br>**City of Durham**<br>**P.O. Box 1348**<br>**Long Island City, NY 11101** | | - | | **Business License Fees** | | | | 65.00 |
| Account No.<br><br>**City of Eden**<br>**P.O. Box 70**<br>**Eden, NC 27289-0070** | | - | | **Business License Fees** | | | | 52.50 |
| Account No. **x7909**<br><br>**City of Elizabeth City**<br>**P.O. Box 347**<br>**Elizabeth City, NC 27907-0347** | | - | | **Business License Fees** | | | | 47.25 |
| Account No. **xx0092**<br><br>**City of Gastonia**<br>**P.O. Box 1748**<br>**Gastonia, NC 28053-1748** | | - | | **Business License Fees** | | | | 12.00 |

Sheet no. __**8**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

186.75

B6F (Official Form 6F) (12/07) - Cont.

In re    **Barrier Geotechnical Contractors, Inc.**                              ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx2596** | | | | Business License Fees | | | | |
| **City of Greensboro** P.O. Box 26118 Greensboro, NC 27402-6118 | | - | | | | | | 50.00 |
| Account No. | | | | Business License Fees | | | | |
| **City of Hickory** 76 N Center Street Hickory, NC 28601 | | - | | | | | | 10.00 |
| Account No. **xx-xxx2390** | | | | Business License Fees | | | | |
| **City of Tega Cay** 120 Shoreline Pkwy Fort Mill, SC 29708 | | - | | | | | | 131.50 |
| Account No. **3707** | | | | Business License Fees | | | | |
| **City of Winston Salem** P.O. Box 2756 Winston Salem, NC 27102 | | - | | | | | | 133.38 |
| Account No. **xxxx1879** | | | | Supplies | | | | |
| **Clearly Carolina Water Co.** 829 Davidson Dr. NW Concord, NC 28025-4351 | | - | | | | | | 164.98 |

Sheet no. __9__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                489.86

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Barrier Geotechnical Contractors, Inc.**                                      ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2390**<br><br>**CobraGuard, Inc.**<br>**P.O. Box 504265**<br>**Saint Louis, MO 63150-4265** | - | | **Utilities-Security** | | | | 450.00 |
| Account No. **BAGECO**<br><br>**Concrete Pumping Inc.**<br>**253 Concrete Alley**<br>**Warne, NC 28909** | - | | **Supplies** | | | | 492.00 |
| Account No.<br><br>**Construction Supply, Inc.**<br>**3701 Pleasant Plains Road**<br>**Matthews, NC 28105** | | | **Civil Judgment**<br><br>**10-CVS-268** | | | | 25.77 |
| Account No.<br><br>**Convene**<br>**1970 Estelle**<br>**Placentia, CA 92870** | - | | **Professional Association Membership** | | | | 11,480.00 |
| Account No. **xxx2586**<br><br>**Coverall North America**<br>**P.O. Box 802825**<br>**Chicago, IL 60680** | - | | **Janitorial Services** | | | | 375.00 |

Sheet no. __10__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **12,822.77**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Barrier Geotechnical Contractors, Inc.**                              ,    Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxx5586**<br><br>**CT Corporation**<br>**P.O. Box 4349**<br>**Carol Stream, IL 60197-4349** | - | | | | Corporate Business Compliance Services | | | | 1,620.00 |
| Account No. **2746**<br><br>**DASH Courier Service**<br>**P.O. Box 6704**<br>**Greenville, SC 29606** | - | | | | Courier Services | | | | 86.66 |
| Account No.<br><br>**David R. Badger, P.A.**<br>**2108 South Blvd.**<br>**Atherton Lofts-Suite 118**<br>**Charlotte, NC 28203** | - | | | | Legal Fees | | | | 950.00 |
| Account No.<br><br>**Deep Foundations Institute**<br>**326 Lafayette Ave.**<br>**Hawthorne, NJ 07506** | - | | | | Professional Association Membership | | | | 95.00 |
| Account No. **xxxx2276**<br><br>**DeltaCom**<br>**P.O. Box 2252**<br>**Birmingham, AL 35246-1058** | - | | | | Telecommunication Services | | | | 4,488.04 |

Sheet no. __11__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,239.70

B6F (Official Form 6F) (12/07) - Cont.

In re  **Barrier Geotechnical Contractors, Inc.**                          ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9400**<br><br>**Diamond Springs**<br>**P.O. Box 667887**<br>**Charlotte, NC 28266-7887** | - | | Supplies | | | | 140.43 |
| Account No.<br><br>**Douglas Kent Gentile**<br>**7301 Carmel Executive Park Dr.**<br>**Suite 212**<br>**Charlotte, NC 28226** | - | | Accounting Services | | | | 3,446.25 |
| Account No. **xx2144**<br><br>**Dowdle Gas**<br>**P.O. Box 400**<br>**Wedowee, AL 36278** | - | | Supplies | | | | 284.27 |
| Account No. **xxxxxx7282**<br><br>**Duke Energy**<br>**PO Box 70515**<br>**Charlotte, NC 28272** | - | | Utilites-Electricity (Building 7282) | | | | 490.35 |
| Account No. **xxxxxx1828**<br><br>**Duke Energy**<br>**PO Box 70515**<br>**Charlotte, NC 28272** | - | | Utilities- Electricity (Shop 1828) | | | | 253.00 |

Sheet no. __12__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,614.30

B6F (Official Form 6F) (12/07) - Cont.

In re __**Barrier Geotechnical Contractors, Inc.**_____,    Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x0579** <br><br> **Duncan Parnell** <br> **P.O. Box 35649** <br> **Charlotte, NC 28235-5649** | | - | | **Supplies** | | | | 22.08 |
| Account No. **xxx2281** <br><br> **DYWIDAG** <br> **P.O. Box 92170** <br> **Elk Grove Village, IL 60009** | | - | | **Supplies** | | | | 7,482.99 |
| Account No. <br><br> **Earth Contact Products, LLC** <br> **15612 S. Keeler Terrace** <br> **Olathe, KS 66062** | | - | | **Supplies** | | | | 829.60 |
| Account No. <br><br> **Earth Improvement Technologies** <br> **P.O. Box 1346** <br> **Fort Mill, SC 29716** | | - | | **Engineering Design Services** | | | | 1,042.00 |
| Account No. **xx1001** <br><br> **ECS Carolinas, LLP** <br> **14026 Thunderbolt Pl.** <br> **Chantilly, VA 20151** | | - | | **Business Regulation and Compliance** | | | | 1,258.50 |

Sheet no. __**13**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,635.17

B6F (Official Form 6F) (12/07) - Cont.

In re **Barrier Geotechnical Contractors, Inc.** ,   Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Legal Fees | | | | |
| F. Craig Wilkerson 242 Oakland Ave. Rock Hill, SC 29730 | | | | | | | | 20,046.42 |
| Account No. xxxxx1488 | | - | | Supplies | | | | |
| Fastenal Company 2738 N Graham St. Charlotte, NC 28206 | | | | | | | | 118.64 |
| Account No. | | - | | Supplies | | | | |
| Feezell Enterprises, Inc. 29135 Grix Rd. New Boston, MI 48164 | | | | | | | | 1,393.89 |
| Account No. xxRRI-3 | | - | | Insurance | | | | |
| First Charter Insurance Services 10400 Mallard Creek Rd. Suite 100 Charlotte, NC 28262 | | | | | | | | 1,895.17 |
| Account No. xxxxxxxxxxx9036 | | - | | Business Financing | | | X | |
| First Insurance Funding Corp. P.O. Box 66468 Chicago, IL 60666-0468 | | | | | | | | 17,176.49 |

Sheet no. __14__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **40,630.61**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Barrier Geotechnical Contractors, Inc.**                                    ,        Case No. _____
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx2909** | | | | Line of Credit (Loan 3 of 3); See also 10-CVD-343 | | | | |
| First Trust Bank Attn: Loan Dept. P.O. Box 35529 Charlotte, NC 28235-5529 | X | - | | | | | | 198,844.99 |
| Account No. | | | | Business License Fees | | | | |
| Florida Department of State P.O. Box 6850 Tallahassee, FL 32314 | | - | | | | | | 600.00 |
| Account No. | | | | Business Regulation and Compliance | | | | |
| Florida Dept of Bus. & Prfs Regulation P.O. Box 6300 Tallahassee, FL 32399-0783 | | - | | | | | | 309.00 |
| Account No. | | | | Legal Fees | | | | |
| Garis Law Firm 4929 Monroe Rd. Charlotte, NC 28205 | | - | | | | | X | 1,050.00 |
| Account No. **xx2756** | | | | Medical Bills | | | | |
| Gaston Memorial Hospital P.O. Box 405336 Atlanta, GA 30384-5336 | | - | | | | | | 648.50 |

Sheet no. __15__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **201,452.49**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Barrier Geotechnical Contractors, Inc.**                                  ,      Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | **Employee Wages** | | | | |
| George D. Barrier 3901 Davis Lane Charlotte, NC 28269 | | - | | | | | | | 202,785.66 |
| Account No. | | | | | **Vehicle Maintenance** | | | | |
| Gerrard Tire Company 1222 West Craighead Rd. Charlotte, NC 28206 | | - | | | | | | | 128.70 |
| Account No. | | | | | **Landscaping Services** | | | | |
| Gibson Lawn & Landscaping P.O. Box 398 Andrews, NC 28901 | | - | | | | | | | 300.00 |
| Account No. | | | | | **Glass Services** | | | | |
| Glass Doctor P.O. Box 470846 Charlotte, NC 28247 | | - | | | | | | | 164.03 |
| Account No. | | | | | **Plumbing Services** | | | | |
| Goodnight's Plumbing Repair 630 Leonard Rd. Salisbury, NC 28146 | | - | | | | | | | 103.00 |

Sheet no. __16__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         203,481.39

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Barrier Geotechnical Contractors, Inc.**                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx9103**<br><br>**Guaranteed Supply Company**<br>P.O. Box 36030<br>Greensboro, NC 27416 | - | | Supplies | | | | | 608.48 |
| Account No. **xxxx0305**<br><br>**Guardian Life Insurance Company**<br>P.O. Box 95101<br>Chicago, IL 60694-5101 | - | | Insurance | | | | | 1,686.90 |
| Account No.<br><br>**H&E Equipment Services, Inc.**<br>10710 Nations Ford Road<br>Charlotte, NC 28273 | | | Civil Judgment<br><br>09-CVD-14739, 10-CVD-1877 | | | | | 24,829.45 |
| Account No. **xxxx0197**<br><br>**Harleysville Mutual Insurance Company**<br>P.O. Box 37712<br>Philadelphia, PA 19101-5012 | - | | Insurance | | | | | 9,108.60 |
| Account No.<br><br>**Harrin's Sand & Gravel, Inc.**<br>195 Amboy Rd.<br>Asheville, NC 28806 | - | | Supplies | | | | | 1,442.37 |

Sheet no. __17__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **37,675.80**

B6F (Official Form 6F) (12/07) - Cont.

In re __Barrier Geotechnical Contractors, Inc.__ ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **BG01** | | | Office Equipment | | | | |
| Hendrix Business Systems 2040 Independence Commerce Dr. Matthews, NC 28105 | | - | | | | | 516.96 |
| Account No. **x0862** | | | Supplies | | | | |
| Hepsco P.O. Box 1528 Huntersville, NC 28070 | | - | | | | | 2,435.00 |
| Account No. **xxx0843** | | | Supplies | | | | |
| Hertz Equipment Rental P.O. Box 650280 Dallas, TX 75265-0280 | | - | | | | | 21,825.62 |
| Account No. | | | Technical Services | | | | |
| Hour Computer Man P.O. Box 3116 Fort Mill, SC 29708 | | - | | | | | 1,165.10 |
| Account No. **xxxx8990** | | | Medical Bills | | | | |
| Iredell Memorial Hospital 557 Brookdale Drive Statesville, NC 28677-4107 | | - | | | | | 749.50 |

Sheet no. __18__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **26,692.18**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Barrier Geotechnical Contractors, Inc.**                                  ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9760**<br><br>**Isqft/Construction Software Technologies**<br>**4500 Lake Forest Dr., Suite 502**<br>**Cincinnati, OH 45242** | - | | **Preconstruction Management Services** | | | | 1,295.00 |
| Account No.<br><br>**J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | - | | **Employee Wages** | | | | 183,934.88 |
| Account No. **xx-xx0183**<br><br>**J.J Keller & Associates**<br>**P.O. Box 548**<br>**Neenah, WI 54957-0548** | - | | **Business Regulation and Compliance** | | | | 575.58 |
| Account No.<br><br>**Kaledioscope Business Options, Inc.**<br>**312 Rensselaer Ave., Suite 100**<br>**Charlotte, NC 28203** | - | | **Consulting** | | | | 4,560.00 |
| Account No. **xxxxxx4100**<br><br>**Kanawha Insurance Co.**<br>**P.O. Box 5000**<br>**Lancaster, SC 29721-5000** | - | | **Business Insurance** | | | | 928.00 |

Sheet no. __**19**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **191,293.46**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Barrier Geotechnical Contractors, Inc.**                        ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Pest Control | | | | |
| **Killingsworth Environmental** **206 Park Road East** **Indian Trail, NC 28079** | - | | | | | | | 150.00 |
| Account No. | | | | Construction Services | | | | |
| **KM Construction** **P.O. Box 17191** **Asheville, NC 28816** | - | | | | | | | 1,000.00 |
| Account No. | | | | Electrical Services | | | | |
| **KWJ Electrical** **108 Leona Lane** **Troutman, NC 28166** | - | | | | | | | 1,750.00 |
| Account No. **xxxx7833** | | | | Medical Bills | | | | |
| **Labcorp** **PO Box 2240** **Burlington, NC 27216** | - | | | | | | | 164.00 |
| Account No. | | | | Supplies | | | | |
| **Lake Norman Concrete Pumping, Inc.** **P.O. Box 1572** **Cornelius, NC 28031** | - | | | | | | | 678.75 |

Sheet no. __20__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,742.75

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Barrier Geotechnical Contractors, Inc.** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx8114**<br><br>Lake Norman Magazine<br>P.O. Box 32188<br>Charlotte, NC 28232-2188 | | - | | Advertising | | | | 1,900.00 |
| Account No. **xxxx1455**<br><br>Lanier Parking Solutions<br>P.O. Box 1370<br>Durham, NC 27702 | | - | | Parking Fees | | | | 65.00 |
| Account No. **xxx6-001**<br><br>Law Offices of Richard M. Koch<br>3221 Prosperity Church Rd.<br>Suite 201<br>Charlotte, NC 28269 | | - | | Legal Fees | | | | 1,980.00 |
| Account No. **xxxxxxxxx9188**<br><br>Lowes<br>P.O. Box 4554<br>Dept. 79<br>Carol Stream, IL 60197-4554 | | - | | Credit Card Balance | | | | 595.48 |
| Account No.<br><br>Max Shaw Grading<br>8014 Southway Rd.<br>Charlotte, NC 28215 | | - | | Supplies | | | | 201.35 |

Sheet no. __21__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,741.83

B6F (Official Form 6F) (12/07) - Cont.

In re   **Barrier Geotechnical Contractors, Inc.**                                    ,      Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx4248** | | | Supplies | | | | |
| McGraw Hill Construction 148 Princeton Hightstown Rd. Hightstown, NJ 08520 | | - | | | | | 216.51 |
| Account No. **xx7228** | | | Permits | | | | |
| Mecklenburg Co. Land Use/Env. Svcs. P.O. Box 31097 Charlotte, NC 28231-1097 | | - | | | | | 189.00 |
| Account No. **xxx1993** | | | Advertising | | | | |
| Media General-North Carolina P.O. Box 27283 Richmond, VA 23261-7283 | | - | | | | | 625.31 |
| Account No. **xxx6304** | | | Business Consulting | | | | |
| MHM Resources P.O. Box 870725 Kansas City, MO 64187-0725 | | - | | | | | 185.00 |
| Account No. | | | Professional Membership Fees | | | | |
| NARI 5950 Fairview Rd. Charlotte, NC 28210-0085 | | - | | | | | 410.00 |

Sheet no. __22__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,625.82**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Barrier Geotechnical Contractors, Inc.**                              ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | - | | | Professional Membership Fees | | | | |
| National Environmental Trainers, Inc. 3812 Shoal Creek Ct. Augusta, GA 30907 | | | | | | | | | 495.00 |
| Account No. **xxx1191** | | - | | | Supplies | | | | |
| National Welders Supply P.O. Box 601985 Charlotte, NC 28234 | | | | | | | | | 645.93 |
| Account No. | | - | | | Supplies | | | | |
| Nationwide Reinforcing, Ltd. 1170 Old Henderson Rd., Suite 109 Columbus, OH 43220 | | | | | | | | | 2,346.66 |
| Account No. | | - | | | Vehicle Registration | | | | |
| NC Division of Motor Vehicles P.O. Box 29620 Raleigh, NC 27626-0620 | | | | | | | | | 3,415.70 |
| Account No. | | - | | | Tickets | | | | |
| NC Division of Motor Vehicles P.O. Box 29615 Raleigh, NC 27626-0615 | | | | | | | | | 133.00 |

Sheet no. __23__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,036.29

B6F (Official Form 6F) (12/07) - Cont.

In re  **Barrier Geotechnical Contractors, Inc.**                          ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx5233** | | | | Equipment Rentals | | | | |
| **Neff Rental** **P.O. Box 405138** **Atlanta, GA 30384-5138** | | - | | | | | | |
| | | | | | | | | 707.31 |
| Account No. **xx-xxxxx1708** | | | | Medical Bills | | | | |
| **NorthCross Urgent Care** **P.O. Box 70826** **Charlotte, NC 28272-0826** | | - | | | | | | |
| | | | | | | | | 200.00 |
| Account No. **xxxx-xxxx-xxxx-8691** | | | | Credit Card Balance | | | | |
| **Office Depot** **P.O. Box 689020** **Des Moines, IA 50368-9020** | | - | | | | | | |
| | | | | | | | | 606.17 |
| Account No. | | | | Supplies | | | | |
| **Pat Murdock Dump Trucking** **146 Gravel Dr.** **Troutman, NC 28166** | | - | | | | | | |
| | | | | | | | | 13,022.81 |
| Account No. | | | | Civil Judgment | | | | |
| **Patricia Lopez** **255 Grasshopper Circle** **Mooresville, NC 28117** | | - | | 09-CVS-1037 | | | X | |
| | | | | | | | | 89,755.52 |

Sheet no. __24__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 104,291.81 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Barrier Geotechnical Contractors, Inc._____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **2915** <br><br> **Pentagon Federal Credit Union** <br> **P.O. Box 247080** <br> **Omaha, NE 68124-7080** | | - | | | **Credit Card Balance** | | | | 190.00 |
| Account No. <br><br> **Philippe LeBaron** <br> **1009 Deercross Ln.** <br> **Waxhaw, NC 28173** | | - | | | **Business Consulting** | | | X | 1,162.00 |
| Account No. **xx7573** <br><br> **Physicians Treatment Center** <br> **2832 Candlers Mountain Road** <br> **Lynchburg, VA 24502** | | - | | | **Medical Bills** | | | | 90.00 |
| Account No. **xxxxxxxxx0001** <br><br> **Piedmont Natural Gas** <br> **P.O.Box 533500** <br> **Atlanta, GA 30353-3500** | | - | | | **Utilities- Natural Gas** | | | | 68.59 |
| Account No. <br><br> **Pitman Professional Land Surveying** <br> **P.O. Box 1512** <br> **Fort Mill, SC 29716** | | - | | | **Land Surveying Services** | | | | 300.00 |

Sheet no. __25__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,810.59

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Barrier Geotechnical Contractors, Inc.** ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Porta-Jon** <br> **212 Bulb Ave.** <br> **Gastonia, NC 28052** | - | | Facilities Rental | | | | 115.19 |
| Account No. **xxxxx9719** <br><br> **Presbyterian Hospital Matthews** <br> **PO Box 71049** <br> **Charlotte, NC 28272** | - | | Medical Bills | | | | 840.50 |
| Account No. <br><br> **Professional Landscape Maintenance** <br> **7092 Channelview Dr.** <br> **Sherrills Ford, NC 28673** | - | | Landscaping Services | | | | 75.00 |
| Account No. <br><br> **Promo Solutions** <br> **6420 Rea Rd., Ste. 322** <br> **Charlotte, NC 28277** | - | | Advertising | | | | 832.59 |
| Account No. <br><br> **PuroClean** <br> **12829 Landing Green Dr.** <br> **Charlotte, NC 28277** | - | | Restoration Services/Civil Judgment <br><br> **10-CVM-17448** | | | | 5,203.36 |

Sheet no. __26__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,066.64

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Barrier Geotechnical Contractors, Inc.**                       ,      Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Quesenberry Electric** <br> **2156 Dartwood Dr.** <br> **Concord, NC 28027** | | - | **Electrical Services** | | | | 198.00 |
| Account No. <br><br> **Radford Quarries of Boone, Inc.** <br> **5605 Bamboo Road** <br> **Boone, NC 28607** | | - | **Civil Judgments** <br><br> **06-CVM-135, 06-CVM-136, 06-CVM-137,** <br> **06-CVM-138** | | | | 0.00 |
| Account No. **xxx-xx0090** <br><br> **Roanoke Cement** <br> **P.O. Box 65082** <br> **Charlotte, NC 28265** | | - | **Supplies** | | | | 396.27 |
| Account No. **xxxxxxxx1-001** <br><br> **Rockhurst University** <br> **P.O. Box 419107** <br> **Kansas City, MO 64141-6107** | | - | **Continuing Education** | | | | 199.00 |
| Account No. **xxxx0772** <br><br> **RSC Equipment Rentals** <br> **P.O. Box 840514** <br> **Dallas, TX 75284** | | - | **Equipment Rentals** | | | | 1,359.59 |

Sheet no. __27__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                               Subtotal <br> (Total of this page)      2,152.86

B6F (Official Form 6F) (12/07) - Cont.

In re    **Barrier Geotechnical Contractors, Inc.**                              ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx5228**<br><br>**S&ME, Inc.**<br>**P.O. Box 651399**<br>**Charlotte, NC 28265** | | - | | **Engineering Services** | | | | 434.00 |
| Account No.<br><br>**SBTDC**<br>**5 West Hargett St., Ste. 600**<br>**Raleigh, NC 27601-1348** | | - | | **Business Consulting** | | | | 120.00 |
| Account No.<br><br>**Smith Law Firm, PA**<br>**5950 Fairview Rd.**<br>**Charlotte, NC 28210** | | - | | **Legal Fees** | | | | 1,440.00 |
| Account No.<br><br>**Smith, Parsons, & Vickstrom PLLC**<br>**6060 JA Jones Dr., Suite 150**<br>**Charlotte, NC 28287** | | - | | **Legal Fees** | | | | 23,482.02 |
| Account No.<br><br>**Society for Marketing Professional Svcs**<br>**P.O. Box 36314**<br>**Charlotte, NC 28236** | | - | | **Marketing Services** | | | | 55.00 |

Sheet no. __28__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,531.02

B6F (Official Form 6F) (12/07) - Cont.

In re **Barrier Geotechnical Contractors, Inc.** ,                    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx2901** | | | **Medical Bills** | | | | |
| **St. Claire Medical Center** **P.O. Box 1076** **Morehead, KY 40351-1179** | | - | | | | | 448.83 |
| Account No. **x-xx-0588** | | | **Supplies** | | | | |
| **Star Iron Works** **257 Caroline Street** **Punxsutawney, PA 15767** | | - | | | | | 39,740.89 |
| Account No. | | | **Employee Wages** | | | | |
| **Stewart S. Laney** **5035 Stowe Derby Dr.** **Charlotte, NC 28278** | | - | | | | X | 155,572.29 |
| Account No. **xxxx5431** | | | **Workers Compensation Prescription Program** | | | | |
| **Stone River Pharmacy Solutions** **P.O. Box 504591** **Saint Louis, MO 63150-4591** | | - | | | | | 42.90 |
| Account No. | | | **Apartment Rental Fees** | | | | |
| **StudioBon** **104 Blackburn Ave.** **Louisville, KY 40206** | | - | | | | | 400.00 |

Sheet no. __29__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

196,204.91

B6F (Official Form 6F) (12/07) - Cont.

In re  **Barrier Geotechnical Contractors, Inc.**                                    ,     Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Sun Valley Machine Shop, Inc.** <br>**P.O. Box 70** <br>**Lerona, WV 25971** | | - | | Machinery Repair | | | | 120.70 |
| Account No. **x8709** <br><br> **Sunbelt Rentals, Inc.** <br>**3331 Asbury Ave.** <br>**Charlotte, NC 28206** | | - | | Equipment Rentals/Civil Judgment <br><br> 06-CVD-15083 | | | | 11,833.37 |
| Account No. <br><br> **Sundek of the Carolinas** <br>**1684 Katy Ln.** <br>**Fort Mill, SC 29708** | | - | | Supplies | | | | 3,151.00 |
| Account No. **xxxx9795** <br><br> **Tennessee Urgent Care Associates** <br>**1616 N Gallatin Rd.** <br>**Madison, TN 37115** | | - | | Medical Bills | | | | 318.26 |
| Account No. **x8956** <br><br> **The Hand Center of the Carolinas** <br>**2391 Court Drive, Suite 120** <br>**Gastonia, NC 28054** | | - | | Medical Bills | | | | 929.00 |

Sheet no. __30__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,352.33

B6F (Official Form 6F) (12/07) - Cont.

In re    **Barrier Geotechnical Contractors, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **The Hartford Insurance Company** <br> **P.O. Box 2907** <br> **Hartford, CT 06104-2907** | - | | **Business Insurance** | | | | 26,888.00 |
| Account No. **xxxxx78-80** <br><br> **The Organized Executive** <br> **P.O. Box 847** <br> **Williamsport, PA 17703-9961** | - | | **Professional Development** | | | | 32.33 |
| Account No. <br><br> **TheCityof.com** <br> **1559 S. Brownlee Blvd.** <br> **Corpus Christi, TX 78404** | - | | **Advertising** | | | | 469.00 |
| Account No. <br><br> **Thompson Indistrial Services, LLC** <br> **4221 Golf Acres Drive** <br> **Charlotte, NC 28208** | - | | **Civil Judgment** <br><br> **10-CVS-14275** | | | | 6,855.44 |
| Account No. <br><br> **Threadline Products, Inc.** <br> **P.O. Box 7103** <br> **Charlotte, NC 28241** | - | | **Supplies** | | | | 1,000.00 |

Sheet no. __31__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,244.77

B6F (Official Form 6F) (12/07) - Cont.

In re    **Barrier Geotechnical Contractors, Inc.**                                ,        Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7921**<br><br>**Town of Blowing Rock**<br>**P.O. Box 47**<br>**Blowing Rock, NC 28605** | | - | **Business License Fees** | | | | 25.00 |
| Account No. **xxxx2107**<br><br>**Town of Boone**<br>**1510 Blowing Rock Rd.**<br>**Boone, NC 28607** | | - | **Business License Fees** | | | | 10.00 |
| Account No.<br><br>**Trajan, Inc.**<br>**2942 Imperial Oaks Dr.**<br>**Raleigh, NC 27614** | | - | **Supplies** | | | | 1,100.00 |
| Account No. **xxxxx5206**<br><br>**Treasurer of Virginia**<br>**P.O. Box 29570**<br>**Henrico, VA 23242** | | - | **Business License Fees** | | | | 175.00 |
| Account No.<br><br>**Triplett & Coffey, Inc.**<br>**P.O. Box 1640**<br>**Boone, NC 28607** | | - | **Machinery Repair** | | | | 982.49 |

Sheet no. __32__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,292.49

B6F (Official Form 6F) (12/07) - Cont.

In re  **Barrier Geotechnical Contractors, Inc.**                              ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | Engineering Services | | | | |
| Unifour Engineering & Testing Labs P.O. Box 2067 Hickory, NC 28603 | | | | | | | | 5,260.00 |
| Account No. xxx-x2569 | | - | | Construction Site Services | | | | |
| United Site Services P.O. Box 2280 Mansfield, TX 76063 | | | | | | | | 140.40 |
| Account No. xxxxxxxxx-x0001 | | - | | Utilities- Cellular Service | | | | |
| Verizon Wireless P.O. Box 660108 Dallas, TX 75266-0108 | | | | | | | | 9,549.73 |
| Account No. | | - | | Supplies | | | | |
| W&T Concrete P.O. Box 34 Edneyville, NC 28727 | | | | | | | | 6,050.00 |
| Account No. xxxx-xxx2976 | | - | | Waste Removal & Processing | | | | |
| Waste Connections of NC 5516 Rozzelles Ferry Rd. Charlotte, NC 28214-1871 | | | | | | | | 1,598.74 |

Sheet no. __33__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,598.87

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Barrier Geotechnical Contractors, Inc.** ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Watts & Browning Engineers** <br> **5582 Peachtree Rd.** <br> **Atlanta, GA 30341** | - | | Engineering Services | | | | 927.50 |
| Account No. <br><br> **WBT-AM/FM Charlotte** <br> **P.O. Box 65216** <br> **Charlotte, NC 28265** | - | | Advertising | | | | 13,179.00 |
| Account No. **x9399** <br><br> **WBTC, Inc.** <br> **P.O. Box 65216** <br> **Charlotte, NC 28265** | - | | Advertising | | | | 2,000.00 |
| Account No. <br><br> **West Virginia Contractor Licensing Board** <br> **749-B Building 6 Capital Complex** <br> **Charleston, WV 25305** | - | | Business License Fees | | | | 90.00 |
| Account No. <br><br> **Wilkes Bowers, P.A.** <br> **127 Dunbar St.** <br> **Spartanburg, SC 29306** | - | | Legal Fees | | | X | 5,098.95 |

Sheet no. __34__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 21,295.45 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Barrier Geotechnical Contractors, Inc.**                                    ,        Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Supplies | | | | |
| Willow Creek Concrete Finishers 165 Diesel Drive Hendersonville, NC 28739 | | | | | | | | 1,980.00 |
| Account No. **x0650** | | - | | Legal Fees | | | | |
| Wishart, Norris, Henniger & Pittman, PA 6832 Morrison Blvd. Charlotte, NC 28211 | | | | | | | | 819.00 |
| Account No. **x2932** | | - | | Advertising/Civil Judgment 10-CVD-14733 | | | | |
| WSOC-TV P.O. Box 63171 Charlotte, NC 28263-3171 | | | | | | | | 28,950.60 |
| Account No. **x2386** | | - | | Advertising | | | | |
| WXRC Radio 1515 Mockingbird Lane Charlotte, NC 28209 | | | | | | | | 1,000.00 |
| Account No. | | - | | Advertising | | | | |
| Yellopages.com 2800 Crusader Circle, Suite 10 Virginia Beach, VA 23453 | | | | | | | | 439.98 |

Sheet no. __35__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 33,189.58 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 1,394,261.94 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Barrier Geotechnical Contractors, Inc.**                                                ,    Case No. _____
                                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Canon Financial Services**<br>**14904 Collections Center Dr.**<br>**Chicago, IL 60693-0149** | **Copier and Copier Equipment Lease** |
| **Convene**<br>**1970 Estelle**<br>**Placentia, CA 92870** | **Professional Association Membership** |
| **Deep Foundations Institute**<br>**326 Lafayette Ave.**<br>**Hawthorne, NJ 07506** | **Professional Association Membership** |
| **DeltaCom**<br>**P.O. Box 2252**<br>**Birmingham, AL 35246-1058** | **Phone Service Contract** |
| **George D. Barrier**<br>**3901 Davis Lane**<br>**Charlotte, NC 28269** | **Community One Bank, N.A. loan assignment from Barrier Geotechnical Contractors, Inc.** |
| **Marilyn Barrier**<br>**3901 Davis Lane**<br>**Charlotte, NC 28269** | **Real Property Lease** |
| **NARI**<br>**5950 Fairview Rd.**<br>**Charlotte, NC 28210-0085** | **Professional Association Membership** |
| **National Environmental Trainers, Inc.**<br>**3812 Shoal Creek Ct.**<br>**Augusta, GA 30907** | **Professional Association Membership** |
| **StudioBon**<br>**104 Blackburn Ave.**<br>**Louisville, KY 40206** | **Apartment Rental Lease** |
| **SunTrust Bank**<br>**P.O. Box 79503**<br>**Baltimore, MD 21279-0503** | **Vehicle Leases (2005 Ford F550, 2005 Ford F450, 2005 Chevrolet 2500 (6), 2004 Chevrolet 3500, 2005 Chevrolet Suburban, 2005 Chevrolett 4500)** |
| **Wilmar Leasing, Inc.**<br>**P.O. Box 221272**<br>**Charlotte, NC 28222** | **Vehicle Leases (2004 Chevy Tahoe, 2004 Ford F450 (3), 2004 Chevrolet Pick-up)** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Barrier Geotechnical Contractors, Inc.**                                      ,    Case No. _____

_____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **George Barrier**<br>**3901 Davis Lane**<br>**Charlotte, NC 28269** | **American Express**<br>**PO Box 650448**<br>**Dallas, TX 75265** |
| **George Barrier**<br>**3901 Davis Lane**<br>**Charlotte, NC 28269** | **Bank of America/Business Card**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886-5710** |
| **George Barrier**<br>**3901 Davis Lane**<br>**Charlotte, NC 28269** | **Community One Bank, N.A.**<br>**804 South New Hope Rd.**<br>**Gastonia, NC 28054** |
| **George Barrier**<br>**3901 Davis Lane**<br>**Charlotte, NC 28269** | **First Trust Bank**<br>**Attn: Loan Dept.**<br>**P.O. Box 35529**<br>**Charlotte, NC 28235-5529** |
| **George Barrier**<br>**3901 Davis Lane**<br>**Charlotte, NC 28269** | **Ford Motor Credit Company**<br>**Dept. 194101**<br>**P.O. Box 55000**<br>**Detroit, MI 48255-1941** |
| **George Barrier**<br>**3901 Davis Lane**<br>**Charlotte, NC 28269** | **Lyon Financial/Manifest Funding Services**<br>**P.O. Box 790448**<br>**Saint Louis, MO 63179-0448** |
| **George Barrier**<br>**3901 Davis Lane**<br>**Charlotte, NC 28269** | **SunTrust Bank**<br>**P.O. Box 79503**<br>**Baltimore, MD 21279-0503** |
| **George Barrier**<br>**3901 Davis Lane**<br>**Charlotte, NC 28269** | **Wells Fargo Equipment Finance**<br>**NW 5934**<br>**P.O. Box 1450**<br>**Minneapolis, MN 55485-5934** |
| **George Barrier**<br>**3901 Davis Lane**<br>**Charlotte, NC 28269** | **Wilmar Leasing, Inc.**<br>**P.O. Box 221272**<br>**Charlotte, NC 28222** |
| **George Barrier**<br>**3901 Davis Lane**<br>**Charlotte, NC 28269** | **Internal Revenue Service**<br>**10715 David Taylor Dr.**<br>**Charlotte, NC 28262** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **Bank of America Visa**<br>**PO Box 15019**<br>**Wilmington, DE 19886** |

**3**
_____ continuation sheets attached to Schedule of Codebtors

In re    **Barrier Geotechnical Contractors, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **Bank of America/Business Card**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886-5710** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **Bank of America/Business Card**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886-5710** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **Community One Bank, N.A.**<br>**804 South New Hope Rd.**<br>**Gastonia, NC 28054** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **First Trust Bank**<br>**Attn: Loan Dept.**<br>**P.O. Box 35529**<br>**Charlotte, NC 28235-5529** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **First Trust Bank**<br>**Attn: Loan Dept.**<br>**P.O. Box 35529**<br>**Charlotte, NC 28235-5529** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **First Trust Bank**<br>**Attn: Loan Dept.**<br>**P.O. Box 35529**<br>**Charlotte, NC 28235-5529** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **First Trust Bank**<br>**Attn: Loan Dept.**<br>**P.O. Box 35529**<br>**Charlotte, NC 28235-5529** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **First Trust Bank**<br>**Attn: Loan Dept.**<br>**P.O. Box 35529**<br>**Charlotte, NC 28235-5529** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **First Trust Bank**<br>**Attn: Loan Dept.**<br>**P.O. Box 35529**<br>**Charlotte, NC 28235-5529** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **First Trust Bank**<br>**Attn: Loan Dept.**<br>**P.O. Box 35529**<br>**Charlotte, NC 28235-5529** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **First Trust Bank**<br>**Attn: Loan Dept.**<br>**P.O. Box 35529**<br>**Charlotte, NC 28235-5529** |

Sheet  __1__  of  __3__   continuation sheets attached to the Schedule of Codebtors

In re  **Barrier Geotechnical Contractors, Inc.**                                    ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **Lyon Financial/Manifest Funding Services**<br>**P.O. Box 790448**<br>**Saint Louis, MO 63179-0448** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **Manifest Funding Services**<br>**P.O. Box 790448**<br>**Saint Louis, MO 63179-0448** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **SunTrust Bank**<br>**P.O. Box 79503**<br>**Baltimore, MD 21279-0503** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **SunTrust Bank**<br>**P.O. Box 79503**<br>**Baltimore, MD 21279-0503** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **SunTrust Bank**<br>**P.O. Box 79503**<br>**Baltimore, MD 21279-0503** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **SunTrust Bank**<br>**P.O. Box 79503**<br>**Baltimore, MD 21279-0503** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **SunTrust Bank**<br>**P.O. Box 79503**<br>**Baltimore, MD 21279-0503** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **Suntrust Bank**<br>**P.O. Box 791144**<br>**Baltimore, MD 21279-1144** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **SunTrust Bank**<br>**P.O. Box 79503**<br>**Baltimore, MD 21279-0503** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **SunTrust Bank**<br>**P.O. Box 79503**<br>**Baltimore, MD 21279-0503** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **SunTrust Bank**<br>**P.O. Box 79503**<br>**Baltimore, MD 21279-0503** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **SunTrust Bank**<br>**P.O. Box 79503**<br>**Baltimore, MD 21279-0503** |
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **SunTrust Bank**<br>**P.O. Box 79503**<br>**Baltimore, MD 21279-0503** |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Codebtors

In re     **Barrier Geotechnical Contractors, Inc.**                                                    ,        Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **J. Reid Bailey**<br>**247 Wood Duck Loop**<br>**Mooresville, NC 28117** | **Wells Fargo Equipment Finance**<br>**NW 5934**<br>**P.O. Box 1450**<br>**Minneapolis, MN 55485-5934** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Barrier Geotechnical Contractors, Inc.** _____     Case No. _____
                                                    Debtor(s)        Chapter  **11** _____


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


I, the CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**67**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **November  8, 2010** _____     Signature    **/s/ George D. Barrier** _____
                                                                **George D. Barrier**
                                                                **CEO**


_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Western District of North Carolina

In re  **Barrier Geotechnical Contractors, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,130,000.00** | **2010 YTD: Business Income** |
| **$4,303,839.00** | **2009: Debtor Business Income** |
| **$3,000,000.00** | **2008: Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT       SOURCE

2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Lyon Financial Services, Inc. v. Barrier Geotechnical Contractors, Inc., George D. Barrier, and Jacob Reid Bailey**<br><br>**42-CV-10-621** | **Civil** | **Lyon County Courthouse 607 West Main Street, Marshall, MN 56258** | **Pending** |
| **Crystal Rhynes v. Barrier Geotechnical Contractors, Inc. 09-CVM-40321** | **Civil** | **Mecklenburg County Court 800 E. 4th St. Charlotte, NC 28202** | **Settled** |
| **Employment Security Commission v. Barrier Geotechnical Contractors, Inc. 10-CVM-471** | **Civil** | **Mecklenburg County Court 800 E. 4th St. Charlotte NC 28202-0000** | **Judgment** |
| **Employment Security Commission v. Barrier Geotechnical Contractors, Inc. 10-CVM-618** | **Civil** | **Mecklenburg County Court 800 E. 4th St. Charlotte NC 28202-0000** | **Judgment** |
| **Employment Security Commission v. Barrier Geotechnical Contractors, Inc. 10-CVM-9439** | **Civil** | **Mecklenburg County Court 800 E. 4th St. Charlotte NC 28202-0000** | **Judgment** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Employment Security Commission v. Barrier Geotechnical Contractors, Inc. 10-CVM-9821 | Civil | Mecklenburg County Court 800 E. 4th St. Charlotte NC 28202-0000 | Judgment |
| Employment Security Commission v. Barrier Geotechnical Contractors, Inc. 10-CVM-9825 | Civil | Mecklenburg County Court 800 E. 4th St. Charlotte NC 28202-0000 | Judgment |
| Employment Security Commission v. Barrier Geotechnical Contractors, Inc. 10-CVM-9826 | Civil | Mecklenburg County Court 800 E. 4th St. Charlotte NC 28202-0000 | Judgment |
| Employment Security Commission v. Barrier Geotechnical Contractors, Inc. 10-CVM-15537 | Civil | Mecklenburg County Court 800 E. 4th St. Charlotte NC 28202-0000 | Judgment |
| Hartford Fire Insurance Company v. Barrier Geotechnical Contractors, Inc. 10-CVD-7383 | Civil | Forsyth County Courthouse 200 N. Main Street Winston-Salem, NC 27101 | Pending |
| Patricia Lopez v. Barrier Geotechnical Contractors, Inc. 09-CVS-1037 | Civil | Iredell County Courthouse 221 Water St. Statesville, NC 28687 | Judgment |
| First Trust Bank v. Barrier Geotechnical Contractors 10-CVD-27 | Civil | Iredell County Courthouse 221 Water St. Statesville, NC 28687 | Judgment |
| Barrier Geotechnical Contractors, Inc. v. Morlando-Holden Contruction, Inc. 10-CVS-2019 | Civil | Iredell County Courthouse 221 Water St. Statesville, NC 28687 | Pending |
| WSOC Television, Inc. v. Barrier Geotechnical Contractors, Inc. 09-CVD-15754 | Civil | Mecklenburg County Court 800 E. 4th St. Charlotte NC 28202-0000 | Dismissed |
| Bellsouth Advertising & Publishing Corporation v. Barrier Geotechnical Contractors, Inc. 09-CVS-12268 | Civil | Mecklenburg County Court 800 E. 4th St. Charlotte NC 28202-0000 | Judgment |
| Thompson Industial Services, LLC v. Barrier Geotechnical Contractors, Inc. 09-CVS-15799 | Civil | Mecklenburg County Court 800 E. 4th St. Charlotte NC 28202-0000 | Dismissed |
| First Trust Bank v. Barrier Geotechnical Contractors, Inc. 10-CVD-343 | Civil | Mecklenburg County Court 800 E. 4th St. Charlotte NC 28202-0000 | Judgment |
| WSOC Television, Inc. v. Barrier Geotechnical Contractors, Inc. 10-CVD-14733 | Civil | Mecklenburg County Court 800 E. 4th St. Charlotte NC 28202-0000 | Judgment |
| PuroClean of South Charlotte, Inc. v. Barrier Geotechnical Contractors, Inc. 10-CVM-17448 | Civil | Mecklenburg County Court 800 E. 4th St. Charlotte NC 28202-0000 | Judgment |
| Construction Supply, Inc. v. Barrier Geotechnical Contractors, Inc. 10-CVS-268 | Civil | Mecklenburg County Court 800 E. 4th St. Charlotte NC 28202-0000 | Judgment |
| Thompson Industrial Services, LLC v. Barrier Geotechnical Contractors, Inc. 10-CVS-14275 | Civil | Mecklenburg County Court 800 E. 4th St. Charlotte NC 28202-0000 | Judgment |
| H&E Equipment Services, Inc. v. Barrier Geotechnical Contractors, Inc. 09-CVD-14739 | Civil | Wake County Courthouse 316 Fayetteville St Mall Raleigh, NC 27601 | Judgment |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Accounting Principals, Inc. v. Barrier Geotechnical Contractors, Inc. 09-CVD-25338** | **Civil** | **Wake County Courthouse 316 Fayetteville St Mall Raleigh, NC 27601** | **Judgment** |
| **H&E Equipment Services, Inc. v. Barrier Geotechnical Contractors, Inc. 10-CVD-1877** | **Civil** | **Wake County Courthouse 316 Fayetteville St Mall Raleigh, NC 27601** | **Judgment** |

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lyon Financial/Manifest Funding Services P.O. Box 790448 Saint Louis, MO 63179-0448** | **2010** | **Heney Grout Pump and Hote Drill Rig** |

### 6. Assignments and receiverships

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Stone & Witt, P.A.**<br>**301 S. McDowell St., Suite 1000**<br>**Charlotte, NC 28204** | **11/10** | **$15,000.00 inclusive of filing fee, wherein debtor has agreed to supplement where available.** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Barrier Geotechnical Contractors, Inc.** | 59-1972390 | **4214 Statesville Rd. Charlotte, NC 28269** | **Geotechnical Contracting** | **05/31/1996-present** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Douglas Kent Gentile 7301 Carmel Executive Park Dr. Suite 212 Charlotte, NC 28226** | |

8

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

## 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-------------------------------------------------------|

## 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|
| George D. Barrier<br>3901 Davis Lane<br>Charlotte, NC 28269 | CEO | 100% |

## 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| J. Reid Bailey<br>247 Wood Duck Loop<br>Mooresville, NC 28117 | Former CEO | 2009 |
| Stewart S. Laney<br>5035 Stowe Derby Dr.<br>Charlotte, NC 28278 | Former Officer | 2009 |

**23 . Withdrawals from a partnership or distributions by a corporation**

None   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■      in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
       commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■      group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
       of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■      employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date   **November  8, 2010**                        Signature   **/s/ George D. Barrier**
                                                                 **George D. Barrier**
                                                                 **CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com                        Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Barrier Geotechnical Contractors, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ☐ Debtor   ■ Other (specify):   **Debtor has deposited $15,000 inclusive of filing fees into attorney trust acccount. Authorized hourly rate of $75 for legal asst., $100 for paralegals and $225 for members**

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November  8, 2010**

**/s/ Bryan W. Stone**
**Bryan W. Stone 32943**
**Stone & Witt, P.A.**
**301 S. McDowell St., Suite 1000**
**Charlotte, NC 28204**
**(704) 333-5184  Fax: (704) 333-5185**
**bstone@swlawnc.com**

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Barrier Geotechnical Contractors, Inc.**_____,   Case No. _____

Debtor

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **George D. Barrier**<br>**3901 Davis Lane**<br>**Charlotte, NC 28269** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**November  8, 2010**_____   Signature __**/s/ George D. Barrier**_____

                                      **George D. Barrier**
                                      **CEO**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Western District of North Carolina

In re    **Barrier Geotechnical Contractors, Inc.**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November  8, 2010**

**/s/ George D. Barrier**

**George D. Barrier**/CEO
Signer/Title

Barrier Geotechnical Contractors, Inc.
4214 Statesville Rd.
Charlotte, NC 28269

American Auto & Truck Electric
646 Atando Ave.
Charlotte, NC 28206

AT&T
909 Chestnut St.
Saint Louis, MO 63101-3099


Bryan W. Stone
Stone & Witt, P.A.
301 S. McDowell St., Suite 1000
Charlotte, NC 28204

American Consumer Shows
200 Oak Dr., Suite 100
Syosset, NY 11791-4626

AT&T
P.O. Box 105262
Atlanta, GA 30348-5262


Access One
P.O. Box 630814
Cincinnati, OH 45263-0814

American Express
PO Box 650448
Dallas, TX 75265

AT&T Advertising Solutions
P.O. Box 105024
Atlanta, GA 30348-5024


Accounting Principals
P.O. Box 1023540
Atlanta, GA 30368-3540

American Testing Laboratory, Inc.
P.O. Box 731
Bessemer, AL 35020

AT&T Mobility
P.O. Box 538641
Atlanta, GA 30353-8641


ACEC/NC
3724 National Drive
Raleigh, NC 27612

Aqua ARC Services, Inc.
3410 Hayes Rd.
Monroe, NC 28110

Bank of America Visa
PO Box 15019
Wilmington, DE 19886


Airgas National Welders
4236 Statesville Rd.
Charlotte, NC 28269

Arctic Heating and Air, Inc.
5703 North Tryon Street
Charlotte, NC 28256

Bank of America/Business Card
P.O. Box 15710
Wilmington, DE 19886-5710


Aisling Broadcasting, LLC
738 Blowing Rock Rd.
Boone, NC 28607

ARS
123 Associates Ln.
Indian Trail, NC 28079

Barrier Foundation Services, Inc.
4214 Statesville Rd.
Charlotte, NC 28269


ALA Plumbing Company LLC
P.O. Box 5271
Mooresville, NC 28117-6831

Asheville Bit & Steel Company
P.O. Box 5913
Asheville, NC 28813

Bates Septic Tank & Concrete Pro
1121 Georgia Rd.
Franklin, NC 28734


Allied Crawford Steel Company
5211 Edwards Rd.
Taylors, SC 29687

Asurion Insurance Services
648 Grassmere Park
Suite 300
Nashville, TN 37211

BB&T
P.O. Box 580435
Charlotte, NC 28258

Bellsouth Advertising & Publishing Corp.
PO Box 105024□□□□
Atlanta, GA 30348

Carolina Disposal Service
P.O. Box 1254
Welcome, NC 27374

City of Gastonia
P.O. Box 1748
Gastonia, NC 28053-1748

Benade & Huggins, LLC
2425 N Center St.
Box 127
Hickory, NC 28601-1320

CBC Engineers & Associates, Ltd.
125 Westpark Rd.
Dayton, OH 45459

City of Greensboro
P.O. Box 26118
Greensboro, NC 27402-6118

Boone Crane Rental Company
3008 Blowing Rock Rd.
Blowing Rock, NC 28605

Central Mine Equipment
4215 Rider Trail North
Earth City, MO 63045-1106

City of Hickory
76 N Center Street
Hickory, NC 28601

Buffalo Tire & Care Care
4438 South Blvd.
Charlotte, NC 28209-2673

Charlotte Chamber of Commerce
P.O. Box 32785
Charlotte, NC 28232

City of Tega Cay
120 Shoreline Pkwy
Fort Mill, SC 29708

Builders Container Service, Inc.
P.O. Box 2986
Elizabeth City, NC 27906

City of Charlotte
Billing Center
P.O. Box 33831
Charlotte, NC 28233-3831

City of Winston Salem
P.O. Box 2756
Winston Salem, NC 27102

Builders Mutual Insurance Company
P.O. Box 900027
Raleigh, NC 27675-0027

City of Concord
P.O. Box 308
Concord, NC 28026-0308

Clearly Carolina Water Co.
829 Davidson Dr. NW
Concord, NC 28025-4351

Burley's Lock and Key
P.O. Box 221801
Charlotte, NC 28222-1801

City of Durham
P.O. Box 1348
Long Island City, NY 11101

CobraGuard, Inc.
P.O. Box 504265
Saint Louis, MO 63150-4265

Cabarrus Emergency Medicine Associates
P.O. Box 9730
Daytona Beach, FL 32120

City of Eden
P.O. Box 70
Eden, NC 27289-0070

Community One Bank, N.A.
804 South New Hope Rd.
Gastonia, NC 28054

Canon Financial Services
14904 Collections Center Dr.
Chicago, IL 60693-0149

City of Elizabeth City
P.O. Box 347
Elizabeth City, NC 27907-0347

Concrete Pumping Inc.
253 Concrete Alley
Warne, NC 28909

Construction Supply, Inc.
3701 Pleasant Plains Road
Matthews, NC 28105

Diamond Springs
P.O. Box 667887
Charlotte, NC 28266-7887

Employment Security Commission
P.O. Box 25903
Raleigh, NC 27611-5903

Convene
1970 Estelle
Placentia, CA 92870

Douglas Kent Gentile
7301 Carmel Executive Park Dr.
Suite 212
Charlotte, NC 28226

F. Craig Wilkerson
242 Oakland Ave.
Rock Hill, SC 29730

Coverall North America
P.O. Box 802825
Chicago, IL 60680

Dowdle Gas
P.O. Box 400
Wedowee, AL 36278

Fastenal Company
2738 N Graham St.
Charlotte, NC 28206

CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349

Duke Energy
PO Box 70515
Charlotte, NC 28272

Feezell Enterprises, Inc.
29135 Grix Rd.
New Boston, MI 48164

DASH Courier Service
P.O. Box 6704
Greenville, SC 29606

Duncan Parnell
P.O. Box 35649
Charlotte, NC 28235-5649

First Charter Insurance Services
10400 Mallard Creek Rd.
Suite 100
Charlotte, NC 28262

David L. Waters
57 Heritage Drive
Clover, SC 29710

DYWIDAG
P.O. Box 92170
Elk Grove Village, IL 60009

First Insurance Funding Corp.
P.O. Box 66468
Chicago, IL 60666-0468

David R. Badger, P.A.
2108 South Blvd.
Atherton Lofts-Suite 118
Charlotte, NC 28203

Earth Contact Products, LLC
15612 S. Keeler Terrace
Olathe, KS 66062

First Trust Bank
Attn: Loan Dept.
P.O. Box 35529
Charlotte, NC 28235-5529

Deep Foundations Institute
326 Lafayette Ave.
Hawthorne, NJ 07506

Earth Improvement Technologies
P.O. Box 1346
Fort Mill, SC 29716

Florida Department of State
P.O. Box 6850
Tallahassee, FL 32314

DeltaCom
P.O. Box 2252
Birmingham, AL 35246-1058

ECS Carolinas, LLP
14026 Thunderbolt Pl.
Chantilly, VA 20151

Florida Dept of Bus. & Prfs Regu
P.O. Box 6300
Tallahassee, FL 32399-0783

Ford Motor Credit Company
Dept. 194101
P.O. Box 55000
Detroit, MI 48255-1941

Guaranteed Supply Company
P.O. Box 36030
Greensboro, NC 27416

Internal Revenue Service
10715 David Taylor Dr.
Charlotte, NC 28262

Garis Law Firm
4929 Monroe Rd.
Charlotte, NC 28205

Guardian Life Insurance Company
P.O. Box 95101
Chicago, IL 60694-5101

Internal Revenue Service
Kansas City, MO 64999-0202

Gaston Memorial Hospital
P.O. Box 405336
Atlanta, GA 30384-5336

H&E Equipment Services, Inc.
10710 Nations Ford Road
Charlotte, NC 28273

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

George Barrier
3901 Davis Lane
Charlotte, NC 28269

Harleysville Mutual Insurance Company
P.O. Box 37712
Philadelphia, PA 19101-5012

Internal Revenue Service
Attn: Insolvency Unit
320 Federal Place
Room 335
Greensboro, NC 27401

George D. Barrier
3901 Davis Lane
Charlotte, NC 28269

Harrin's Sand & Gravel, Inc.
195 Amboy Rd.
Asheville, NC 28806

Iredell Memorial Hospital
557 Brookdale Drive
Statesville, NC 28677-4107

Gerrard Tire Company
1222 West Craighead Rd.
Charlotte, NC 28206

Hendrix Business Systems
2040 Independence Commerce Dr.
Matthews, NC 28105

Isqft/Construction Software Technol
4500 Lake Forest Dr., Suite 502
Cincinnati, OH 45242

Gibson Lawn & Landscaping
P.O. Box 398
Andrews, NC 28901

Hepsco
P.O. Box 1528
Huntersville, NC 28070

J. Reid Bailey
247 Wood Duck Loop
Mooresville, NC 28117

Glass Doctor
P.O. Box 470846
Charlotte, NC 28247

Hertz Equipment Rental
P.O. Box 650280
Dallas, TX 75265-0280

J.J Keller & Associates
P.O. Box 548
Neenah, WI 54957-0548

Goodnight's Plumbing Repair
630 Leonard Rd.
Salisbury, NC 28146

Hour Computer Man
P.O. Box 3116
Fort Mill, SC 29708

Kaledioscope Business Options, In
312 Rensselaer Ave., Suite 100
Charlotte, NC 28203

Kanawha Insurance Co.
P.O. Box 5000
Lancaster, SC 29721-5000

Law Offices of Richard M. Koch
3221 Prosperity Church Rd.
Suite 201
Charlotte, NC 28269

Mecklenburg County Tax Collector
PO Box 71063
Charlotte, NC 28272

Killingsworth Environmental
206 Park Road East
Indian Trail, NC 28079

Lowes
P.O. Box 4554
Dept. 79
Carol Stream, IL 60197-4554

Media General-North Carolina
P.O. Box 27283
Richmond, VA 23261-7283

KM Construction
P.O. Box 17191
Asheville, NC 28816

Lyon Financial Services, Inc.
1310 Madrid Street, Suite 100
Marshall, MN 56258

MHM Resources
P.O. Box 870725
Kansas City, MO 64187-0725

Kristie J. McGee
3397 Lakeland Rd.
Concord, NC 28027

Lyon Financial/Manifest Funding Services
P.O. Box 790448
Saint Louis, MO 63179-0448

Mitchell & Culp, PLLC
1001 Morehead Square Dr # 330
Charlotte, NC 28203

KWJ Electrical
108 Leona Lane
Troutman, NC 28166

Manifest Funding Services
P.O. Box 790448
Saint Louis, MO 63179-0448

NARI
5950 Fairview Rd.
Charlotte, NC 28210-0085

Labcorp
PO Box 2240
Burlington, NC 27216

Marilyn Barrier
3901 Davis Lane
Charlotte, NC 28269

National Environmental Trainers, In
3812 Shoal Creek Ct.
Augusta, GA 30907

Lake Norman Concrete Pumping, Inc.
P.O. Box 1572
Cornelius, NC 28031

Max Shaw Grading
8014 Southway Rd.
Charlotte, NC 28215

National Welders Supply
P.O. Box 601985
Charlotte, NC 28234

Lake Norman Magazine
P.O. Box 32188
Charlotte, NC 28232-2188

McGraw Hill Construction
148 Princeton Hightstown Rd.
Hightstown, NJ 08520

Nationwide Funding
8105 Irvine Center Dr.
Suite 250
Irvine, CA 92618

Lanier Parking Solutions
P.O. Box 1370
Durham, NC 27702

Mecklenburg Co. Land Use/Env. Svcs.
P.O. Box 31097
Charlotte, NC 28231-1097

Nationwide Reinforcing, Ltd.
1170 Old Henderson Rd., Suite 109
Columbus, OH 43220

NC Dept. of Revenue
Central Collection Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Philippe LeBaron
1009 Deercross Ln.
Waxhaw, NC 28173

Quesenberry Electric
2156 Dartwood Dr.
Concord, NC 28027

NC Division of Motor Vehicles
P.O. Box 29620
Raleigh, NC 27626-0620

Physicians Treatment Center
2832 Candlers Mountain Road
Lynchburg, VA 24502

Radford Quarries of Boone, Inc.
5605 Bamboo Road
Boone, NC 28607

NC Division of Motor Vehicles
P.O. Box 29615
Raleigh, NC 27626-0615

Piedmont Natural Gas
P.O.Box 533500
Atlanta, GA 30353-3500

Roanoke Cement
P.O. Box 65082
Charlotte, NC 28265

Neff Rental
P.O. Box 405138
Atlanta, GA 30384-5138

Pitman Professional Land Surveying
P.O. Box 1512
Fort Mill, SC 29716

Robert Bridges
280 Fox Ridge Circle
Lewisville, NC 27023

NorthCross Urgent Care
P.O. Box 70826
Charlotte, NC 28272-0826

Porta-Jon
212 Bulb Ave.
Gastonia, NC 28052

Rockhurst University
P.O. Box 419107
Kansas City, MO 64141-6107

Office Depot
P.O. Box 689020
Des Moines, IA 50368-9020

Presbyterian Hospital Matthews
PO Box 71049
Charlotte, NC 28272

RSC Equipment Rentals
P.O. Box 840514
Dallas, TX 75284

Pat Murdock Dump Trucking
146 Gravel Dr.
Troutman, NC 28166

Professional Landscape Maintenance
7092 Channelview Dr.
Sherrills Ford, NC 28673

S&ME, Inc.
P.O. Box 651399
Charlotte, NC 28265

Patricia Lopez
255 Grasshopper Circle
Mooresville, NC 28117

Promo Solutions
6420 Rea Rd., Ste. 322
Charlotte, NC 28277

SBTDC
5 West Hargett St., Ste. 600
Raleigh, NC 27601-1348

Pentagon Federal Credit Union
P.O. Box 247080
Omaha, NE 68124-7080

PuroClean
12829 Landing Green Dr.
Charlotte, NC 28277

Securities & Exchange Commission
Branch of Reorganization
Suite 1000
3475 Lennox Rd, NE
Atlanta, GA 30327-1323

Smith Law Firm, PA
5950 Fairview Rd.
Charlotte, NC 28210

Sun Valley Machine Shop, Inc.
P.O. Box 70
Lerona, WV 25971

The Organized Executive
P.O. Box 847
Williamsport, PA 17703-9961

Smith, Parsons, & Vickstrom PLLC
6060 JA Jones Dr., Suite 150
Charlotte, NC 28287

Sunbelt Rentals, Inc.
3331 Asbury Ave.
Charlotte, NC 28206

TheCityof.com
1559 S. Brownlee Blvd.
Corpus Christi, TX 78404

Society for Marketing Professional Svcs
P.O. Box 36314
Charlotte, NC 28236

Sundek of the Carolinas
1684 Katy Ln.
Fort Mill, SC 29708

Thompson Indistrial Services, LLC
4221 Golf Acres Drive
Charlotte, NC 28208

Sovereign Bank
3 Huntington Quad
Melville, NY 11747

SunTrust Bank
P.O. Box 79503
Baltimore, MD 21279-0503

Threadline Products, Inc.
P.O. Box 7103
Charlotte, NC 28241

St. Claire Medical Center
P.O. Box 1076
Morehead, KY 40351-1179

Suntrust Bank
P.O. Box 791144
Baltimore, MD 21279-1144

Town of Blowing Rock
P.O. Box 47
Blowing Rock, NC 28605

Star Iron Works
257 Caroline Street
Punxsutawney, PA 15767

Tennessee Dept. of Revenue
P.O. Box 190665
Nashville, TN 37219-0665

Town of Boone
1510 Blowing Rock Rd.
Boone, NC 28607

Stewart S. Laney
5035 Stowe Derby Dr.
Charlotte, NC 28278

Tennessee Urgent Care Associates
1616 N Gallatin Rd.
Madison, TN 37115

Trajan, Inc.
2942 Imperial Oaks Dr.
Raleigh, NC 27614

Stone River Pharmacy Solutions
P.O. Box 504591
Saint Louis, MO 63150-4591

The Hand Center of the Carolinas
2391 Court Drive, Suite 120
Gastonia, NC 28054

Treasurer of Virginia
P.O. Box 29570
Henrico, VA 23242

StudioBon
104 Blackburn Ave.
Louisville, KY 40206

The Hartford Insurance Company
P.O. Box 2907
Hartford, CT 06104-2907

Triplett & Coffey, Inc.
P.O. Box 1640
Boone, NC 28607

U.S. Bankruptcy Administrator
402 W. Trade Street
Suite 200
Charlotte, NC 28202

Wells Fargo Equipment Finance
NW 5934
P.O. Box 1450
Minneapolis, MN 55485-5934

Unifour Engineering & Testing Labs
P.O. Box 2067
Hickory, NC 28603

West Virginia Contractor Licensing Board
749-B Building 6 Capital Complex
Charleston, WV 25305

United Site Services
P.O. Box 2280
Mansfield, TX 76063

Wilkes Bowers, P.A.
127 Dunbar St.
Spartanburg, SC 29306

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108

Willow Creek Concrete Finishers
165 Diesel Drive
Hendersonville, NC 28739

W&T Concrete
P.O. Box 34
Edneyville, NC 28727

Wilmar Leasing, Inc.
P.O. Box 221272
Charlotte, NC 28222

Waste Connections of NC
5516 Rozzelles Ferry Rd.
Charlotte, NC 28214-1871

Wishart, Norris, Henniger & Pittman, PA
6832 Morrison Blvd.
Charlotte, NC 28211

Watts & Browning Engineers
5582 Peachtree Rd.
Atlanta, GA 30341

WSOC-TV
P.O. Box 63171
Charlotte, NC 28263-3171

WBT-AM/FM Charlotte
P.O. Box 65216
Charlotte, NC 28265

WXRC Radio
1515 Mockingbird Lane
Charlotte, NC 28209

WBTC, Inc.
P.O. Box 65216
Charlotte, NC 28265

Yellopages.com
2800 Crusader Circle, Suite 10
Virginia Beach, VA 23453

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Barrier Geotechnical Contractors, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Barrier Geotechnical Contractors, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 8, 2010**

Date

**/s/ Bryan W. Stone**

**Bryan W. Stone 32943**

Signature of Attorney or Litigant

Counsel for   **Barrier Geotechnical Contractors, Inc.**

**Stone & Witt, P.A.**
**301 S. McDowell St., Suite 1000**
**Charlotte, NC 28204**
**(704) 333-5184 Fax:(704) 333-5185**
**bstone@swlawnc.com**